**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **TRICIA SAIRIE, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CIVIL ACTION NO. 4:25-CV-00559-JDK-JDL** |
| **FREEDOM FINANCIAL ASSET MANAGEMENT, LLC, D/B/A ACHIEVE PERSONAL LOANS, AND FREEDOM DEBT RELIEF LLC,** | § § § § § | |
| **Defendants.** | § § | |

---

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RULE 12(b)(6) PARTIAL MOTION TO DISMISS**

---

Defendants Freedom Financial Asset Management, LLC d/b/a Achieve Personal Loans and Freedom Debt Relief LLC (collectively, "Defendants") file this Request for Judicial Notice In Support of Defendants' Partial Motion to Dismiss Plaintiff Tricia Sairie's ("Plaintiff") Complaint (Doc. 1).

Under Federal Rule of Evidence 201, a federal court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Accordingly, matters of public record are the proper subject of judicial notice. *Norris v. Hearst Trust*, 500 F.3d 454, 461 n.9 (5th Cir. 2007) (citation omitted) (noting it is "clearly proper in deciding a 12(b)(6) motion to take judicial notice of matters of public record"). And courts regularly take judicial notice of the Equal Employment Opportunity

Commission's ("EEOC") records, including EEOC charges and related documents, as matters of public record. *See Woods v. Delta Air Lines, Inc.*, No. 3:24-CV-01759-B-BW, 2025 WL 966922, at *5–6 (N.D. Tex. Feb. 27, 2025), *report and recommendation adopted*, No. 3:24-CV-1759-B-BW, 2025 WL 963371 (N.D. Tex. Mar. 31, 2025) (taking judicial notice of records in the plaintiff's EEOC file); *Fuhr v. City of Sherman, Texas*, No. 4:21-CV-549-SDJ, 2022 WL 828926, at *2 (E.D. Tex. Mar. 18, 2022) (noting the court may consider an EEOC charge on a 12(b)(6) motion to dismiss "because it is a matter of public record of which the Court may take judicial notice"); *West v. R&K Enter. Sols.*, No. 3:23-CV-1371-G-BN, 2024 WL 3891533, at *5 (N.D. Tex. July 19, 2024), *adopted*, 2024 WL 3891838 (N.D. Tex. Aug. 21, 2024) (quoting *King v. Life Sch.*, 809 F. Supp. 2d 572, 579 n.1 (N.D. Tex. 2011) ("Even though the EEOC charge is a matter outside the pleading, judicial notice of it may be taken as a matter of public record when deciding a Rule 12(b)(6) motion, especially since its authenticity is uncontested."); *see also Bustos v. United Parcel Serv., Inc.*, No. CV H-19-2979, 2020 WL 2529384, at *3 (S.D. Tex. Apr. 29, 2020) (taking judicial notice of EEOC charge when deciding Rule 12(b)(6) motion), *adopted*, 2020 WL 2528540 (S.D. Tex. May 18, 2020); *Hernandez v. Univ. of Tex.-Pan Am.*, No. 7:17-CV-197, 2017 WL 6444957, at *3 (S.D. Tex. Aug. 10, 2017) (taking judicial notice of EEOC charge and intake questionnaire in deciding Rule 12(b)(6) motions).

Accordingly, Defendants respectfully request that the Court take judicial notice of the following:

1.    **Exhibit A:** Plaintiff's EEOC file, produced to Defendants by the EEOC on July 31, 2025, in response to Defendants' Freedom of Information Act ("FOIA") request.

2.    Plaintiff received the right-to-sue notice from the EEOC on February 25, 2025. (Ex. A at p. 001).

Respectfully submitted,

/s/

John B. Brown
TX 00793412
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
john.brown@ogletree.com
Preston Commons West
8117 Preston Road, Suite 500
Dallas, TX  75225
214-987-3800; 214-987-3927 (Fax)

Catherine N. Van Farowe (*admitted pro hac vice*)
AZ 038555
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Catherine.vanfarowe@ogletree.com
2415 E. Camelback Road, Suite 800
Phoenix, AZ  85016
602-778-3700; 602-778-3750 (Fax)

ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ _____

Catherine N. Van Farowe

# EXHIBIT A

**EXHIBIT A**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Los Angeles District Office**

255 East Temple St., 4th Floor
Los Angeles, CA 90012
Free: (833) 827-2920
ASL: (844) 234-5122
FAX: (213) 894-1118
Website: www.eeoc.gov

07/31/2025

VIA: deborah.yanazzo@ogletree.com

Deborah Yanazzo
Ogletree Deakins
2415 E Camelback Road, Suite 800
Phoenix, AZ 85016

Re:    FOIA No.: 480-2025-015736
       Charge No.: 450-2024-08986

Dear Ms. Yanazzo:

Your Freedom of Information Act (FOIA) request, received on 07/30/2025, is processed. Our search began on 07/31/2025. All agency records in creation as of 07/31/2025 are within the scope of EEOC's search for responsive records. The paragraph(s) checked below apply.

[X]    Your request is granted in part and denied in part. Portions not released are withheld pursuant to the subsections of the FOIA indicated at the end of this letter.

[X]    The disclosed records are enclosed. No fee is charged because the cost of collecting and processing the chargeable fee equals or exceeds the amount of the fee. 29 C.F.R. § 1610.15(d).

[X]    I trust that the furnished information fully satisfies your request. If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact the FOIA Professional who processed your request or our FOIA Public Liaison (see contact information in above letterhead or under signature line).

[X]    You may contact the EEOC FOIA Public Liaison Michael L. Heise for further assistance or to discuss any aspect of your request. In addition, you may contact the Office of Government Information Services (OGIS) to inquire about the FOIA mediation services they offer.

       The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free 1-877-684-6448.

       The contact information for the FOIA Public Liaison is as follows: Michael L. Heise, EEOC FOIA Public Liaison, Office of Legal Counsel, FOIA Division, Equal Employment Opportunity Commission, 131 M. Street, N.E., Fifth Floor, Washington, D.C. 20507, email to FOIA@eeoc.gov, telephone at (202) 921-2542; or fax at (202) 827-7545.

[X]    If you are not satisfied with the response to this request, you may administratively appeal in writing. Your appeal must be postmarked or electronically transmitted in 90 days from receipt of this letter to the Office of Legal Counsel, FOIA Division, Equal Employment Opportunity Commission, 131 M Street, NE, 5NW02E, Washington, D.C. 20507, email to FOIA@eeoc.gov; online at https://eeoc.arkcase.com/foia/portal/login, or fax at (202) 827-7545. Your appeal will be governed by 29 C.F.R. § 1610.11.

480-2025-015736

Sincerely,

*Kathleen Gilliam*

_____
Kathleen Gilliam
Government Information Specialist
losafoia@eeoc.gov

Applicable Sections of the Freedom of Information Act, 5 U.S.C. § 552(b):

Exemption(s) Used:

[ ] (b)(3)(A)(i)                              [X] (b)(6)
    [ ] § 706(b)                      [ ] (b)(7)(A)
    [ ] § 709(e)                      [X] (b)(7)(C)
    [ ] § 107 of the ADA              [ ] (b)(7)(D)
    [ ] § 207 of the GINA             [ ] (b)(7)(E)
[ ] (b)(4)                                    [ ] (b)(7)(F)
[X] (b)(5)

Exemption (b)(5) was applied on pages 2, 7, 8, 13, and 14.

Exemption (b)(5) to the Freedom of Information Act (FOIA), 5 U.S.C.  § 552(b)(5) (2016), as amended by the FOIA Improvement Act of 2016, Pub. L. No. 114-185, 130 Stat. 538, permits withholding documents that reflect the analyses and recommendations of EEOC personnel generated for the purpose of advising the agency of possible action.  This exemption protects the agency's deliberative process and allows nondisclosure of "inter-agency or intra-agency memorandums or letters which would not be available to a party other than an agency in litigation with the agency."  5 U.S.C. § 552(b)(5).  The exemption covers internal communications that are deliberative in nature.  National Labor Relations Board v. Sears, Roebuck & Co., 421 U.S. 132 (1975); Hinckley v. United States, 140 F.3d 277 (D.C. Cir. 1998); Mace v. EEOC, 37 F. Supp. 2d 1144 (E.D. Mo. 1999).  The purpose of the deliberative process privilege is to "allow agencies freely to explore alternative avenues of action and to engage in internal debates without fear of public scrutiny." Missouri ex. rel. Shorr v. United States Corps of Eng'rs., 147 F.3d 708, 710 (8th Cir. 1998).  Disclosure of preliminary assessments and opinions would create a chilling effect on the Commission staff's ability to freely and openly deliberate and discuss ideas, strategies, and recommendations, thereby impairing the Commission's ability to effectively and efficiently enforce applicable federal EEO laws by investigating charges and complaints, litigating and adjudicating cases, promulgating regulatory and sub-regulatory guidance, conducting outreach and education activities, and other related activities.  Records may be withheld under this exemption if they were prepared prior to an agency's decision, Wolfe v. Dep't of Health and Human Services, 839 F.2d 768, 775, 776 (D.C. Cir. 1988) (en banc) and for the purpose of assisting the agency decision maker.  First Eastern Corp. v. Mainwaring, 21 F.3d 465,468 (D.C. Cir. 1994).  See also, Greyson v. McKenna & Cuneo and EEOC, 879 F. Supp. 1065, 1068, 1069 (D. Colo. 1995).  Records may also be withheld to the extent they reflect "selective facts" compiled by the agency to assist in the decision-making process.  A. Michael's Piano, Inc. v. Federal Trade Commission, 18 F.3d 138 (2d Cir. 1994).  An agency may also withhold records to the extent that they contain factual information already obtained by a requester through prior disclosure.  See Mapother, Nevas, et al. v. Dep't of Justice, 3 F.3d 1533 (D.C. Cir. 1993

-------------------------------------------------------------------------------------------------------------

480-2025-015736

Exemptions (b)(6) and (b)(7)(C) were applied on pages 1-6, 15, 16, 18, 21-24, 31, 32, 35, 42, 60-62, 65, 66, 68-72, 74-77, 79-81, 83-86, and 88-90.

Exemption (b)(6) to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b)(6) (2016), as amended by the FOIA Improvement Act of 2016, Pub. L. No. 114-185, 130 Stat. 538, permits withholding of information about individuals in "personnel and medical files and similar files" if its disclosure "would constitute a clearly unwarranted invasion of personal privacy." In addition to personnel records and medical files, the term "similar files" encompasses all information that "applies to a particular individual." Dep't of State v. Washington Post Co., 456 U.S. 595, 599-603 (1982). This exemption requires that the privacy interests of the individual be balanced against the public interest in disclosure. Dep't of the Air Force v. Rose, 425 U.S. 352, 372 (1976). In examining whether there is a "public interest" in disclosure of certain information, the "public interest" must truly be in the interest of the overall public. In United States Dep't of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 773 (1989), the Supreme Court explained that only "[o]fficial information that sheds light on an agency's performance of its statutory duties" merits disclosure under FOIA, and noted that "disclosure of information about private citizens that is accumulated in various governmental files" would "reveal little or nothing about an agency's own conduct."\n\nPersonal details pertaining to an individual are generally protected under this exemption. See, e.g., DOD v. FLRA, 510 U.S. 487, 500-502 (1994) (finding privacy interest in federal employees' home addresses even though they often are publicly available through sources such as telephone directories and voter registration lists); Pons v. United States Customs Service, No. 93-2094,1998 U.S. Dist. LEXIS 6084 at **13-14 (D.D.C. April 27, 1998) (protecting identities of lower and mid-level agency employees who worked on asset forfeiture documents); Barvick v. Cisneros, 941 F. Supp. 1015 (D. Kan. 1996) (finding personal information such as home addresses and telephone numbers, social security numbers, dates of birth, insurance and retirement information, reasons for leaving prior employment, and performance appraisals protectable under Exemption Six). See also, Rothman v. USDA, 1996 Lexis 22716 (C.D. Cal. June 17, 1996) (disclosure of information in the applications of persons who failed to get a job may embarrass or harm them).

---------------------------------------------------------------------------------------------------------------

Exemption (b)(7)(C) to the Freedom of Information Act (FOIA), 5 U.S.C. § 552(b)(7)(C) (2016), as amended by the FOIA Improvement Act of 2016, Pub. L. No. 114-185, 130 Stat. 538, authorizes the Commission to withhold:\n\nrecords or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information . . . (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy . . . .\n\nThe seventh exemption applies to civil and criminal investigations conducted by regulatory agencies. Abraham & Rose, P.L.C. v. United States, 138 F.3d 1075, 1083 (6th Cir. 1998). Release of statements and identities of witnesses and subjects of an investigation creates the potential for witness intimidation that could deter their cooperation. National Labor Relations Board v. Robbins Tire and Rubber Co., 437 U.S. 214, 239 (1978); Manna v. United States Dep't. of Justice, 51 F.3d 1158,1164 (3d Cir. 1995). Disclosure of identities of employee-witnesses could cause "problems at their jobs and with their livelihoods." L&C Marine Transport, Ltd. v. United States, 740 F.2d 919, 923 (11th Cir. 1984).\n\nThe Supreme Court has explained that only "[o]fficial information that sheds light on an agency's performance of its statutory duties" merits disclosure under FOIA, and noted that "disclosure of information about private citizens that is accumulated in various governmental files" would "reveal little or nothing about an agency's own conduct." United States Dep't of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 773 (1989).\n\nFor the purposes of determining what constitutes an unwarranted invasion of personal privacy under exemption (b)(7)(C), the term "personal privacy" only encompasses individuals, and does not extend to the privacy interests of corporations. FCC v. AT&T Inc., 131 S.Ct. 1177, 1178 (2011).

---------------------------------------------------------------------------------------------------------------

For a full description of the exemption codes used please find them at the following URL:
https://www.eeoc.gov/foia/freedom-information-act-reference-guide

This response was prepared by Kathleen Gilliam, Government Information Specialist, who may be reached at Kathleen.Gilliam@eeoc.gov or (213) 785-3012.

**CHARGE NUMBER**: 450-2024-08986

| Date | Event | Name |
|------|-------|------|
| Thu Jul 31 08:34:15 EDT 2025 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf | VERNELL THOMAS |
| Wed Jul 30 19:34:39 EDT 2025 | FOIA Request 480-2025-015736 received. | Foia User |
| Wed Mar 05 23:04:21 EST 2025 | Reminder email sent to Tricia Sairie at (b) (7)(C), (b) (6) that Closure Notice/NRTS document is available to download. | Arcapp User |
| Wed Mar 05 14:14:11 EST 2025 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | (b) (7)(C), (b) (6) |
| Tue Mar 04 11:51:24 EST 2025 | The Charging Party has Downloaded Document. Type: Amended Charge of Discrimination, FileName:450-2024-08986_AmendedChargeofDiscrimination_1.pdf | |
| Wed Feb 26 11:02:35 EST 2025 | No Action is required from you at this time. | Respondentportal User |
| Wed Feb 26 11:02:33 EST 2025 | Respondent logged in | Respondentportal User |
| Tue Feb 25 21:31:51 EST 2025 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf | Respondentportal User |
| Tue Feb 25 21:31:40 EST 2025 | No Action is required from you at this time. | Respondentportal User |
| Tue Feb 25 21:31:38 EST 2025 | Respondent logged in | Respondentportal User |
| Tue Feb 25 17:42:00 EST 2025 | This charge is closed. | Respondentportal User |
| Tue Feb 25 17:41:58 EST 2025 | Respondent logged in | Respondentportal User |
| Tue Feb 25 14:06:19 EST 2025 | The Charging Party has Downloaded Document. Type: Closure Notice/NRTS, FileName:2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf | (b) (7)(C), (b) (6) |

001

| Date | Event | Name |
|------|-------|------|
| Tue Feb 25 13:54:21 EST 2025 | This charge is closed. | Respondentportal User |
| Tue Feb 25 13:54:19 EST 2025 | Respondent logged in | Respondentportal User |
| Tue Feb 25 13:53:03 EST 2025 | Emailed Thomas Stanek at thomas.stanek@odnss.com that a new document is available to download. | Arcapp User |
| Tue Feb 25 13:53:03 EST 2025 | Emailed Thomas Stanek at thomas.stanek@ogletreedeakins.com that a new document is available to download. | Arcapp User |
| Tue Feb 25 13:53:03 EST 2025 | Emailed Morgan Fingleton at morgan.fingleton@ogletree.com that a new document is available to download. | Arcapp User |
| Tue Feb 25 13:53:03 EST 2025 | Emailed Tricia Sairie at (b) (7)(C), (b) (6) that a new document is available to download. | Arcapp User |
| Tue Feb 25 13:53:03 EST 2025 | Closure Notice/NRTS (2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf) released | GARRETT HOOVER |
| Tue Feb 25 13:52:58 EST 2025 | Case status changed from Charge Filed to Charge Closed. | GARRETT HOOVER |
| Tue Feb 25 13:52:58 EST 2025 | Charge has been closed with reason No Cause Finding. | GARRETT HOOVER |
| Tue Feb 25 13:52:58 EST 2025 | Closure Supervisor review approved. | GARRETT HOOVER |
| Tue Feb 25 13:52:34 EST 2025 | Downloaded Document. Type: Closure Notice/NRTS, FileName:2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf | GARRETT HOOVER |
| Tue Feb 25 10:20:09 EST 2025 | Assigned to GARRETT HOOVER for Supervisor Closure review with comments: (b)(5) | JACOB MORALES |
| Tue Feb 25 10:19:59 EST 2025 | Supporting Details for recommended charge closure added: (b) (5) | JACOB MORALES |
| Tue Feb 25 10:19:59 EST 2025 | Charge recommended for (b) (5) closure. | JACOB MORALES |
| Tue Feb 25 10:19:45 EST 2025 | ADA Endocrine Disorders-Hypothyroidism Reasonable Accommodation closed with No Cause Finding | JACOB MORALES |
| Tue Feb 25 10:19:45 EST 2025 | ADA Endocrine Disorders-Hypothyroidism Discharge closed with No Cause Finding | JACOB MORALES |

002

| Date | Event | Name |
|---|---|---|
| Tue Feb 25 10:19:45 EST 2025 | Title VII Sex-Female Sexual Harassment closed with No Cause Finding | JACOB MORALES |
| Tue Feb 25 10:19:06 EST 2025 | Uploaded Document. Type: Closure Notice/NRTS, FileName:2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf | JACOB MORALES |
| Tue Feb 25 10:15:46 EST 2025 | Generated Document. Type: Closure Notice/NRTS, FileName:450-2024-08986_Closure Notice/NRTS.pdf | JACOB MORALES |
| Mon Feb 24 15:50:39 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination, FileName:450-2024-08986_AmendedChargeofDiscrimination_1.pdf | GARRETT HOOVER |
| Mon Feb 24 11:46:48 EST 2025 | Downloaded Document. Type: Notice of Amended Charge, FileName:450-2024-08986_Notice of Amended Charge of Discrimination_1.pdf | Respondentportal User |
| Mon Feb 24 11:46:43 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination, FileName:450-2024-08986_AmendedChargeofDiscrimination_1.pdf | Respondentportal User |
| Mon Feb 24 11:46:13 EST 2025 | No Action is required from you at this time. | Respondentportal User |
| Mon Feb 24 11:46:11 EST 2025 | Respondent logged in | Respondentportal User |
| Mon Feb 24 08:46:44 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination, FileName:450-2024-08986_AmendedChargeofDiscrimination_1.pdf | Respondentportal User |
| Mon Feb 24 08:45:51 EST 2025 | Downloaded Document. Type: Notice of Amended Charge, FileName:450-2024-08986_Notice of Amended Charge of Discrimination_1.pdf | Respondentportal User |
| Mon Feb 24 08:45:16 EST 2025 | No Action is required from you at this time. | Respondentportal User |
| Mon Feb 24 08:45:15 EST 2025 | Respondent logged in | Respondentportal User |
| Sun Feb 23 23:13:18 EST 2025 | Emailed Tricia Sairie at (b) (7)(C), (b) (6) that charge has been amended | Arcapp User |
| Sun Feb 23 23:13:18 EST 2025 | Emailed Thomas Stanek at thomas.stanek@odnss.com that charge has been amended | Arcapp User |

003

| Date | Event | Name |
|------|-------|------|
| Sun Feb 23 23:13:18 EST 2025 | Uploaded Document. Type: Notice of Amended Charge, FileName:450-2024-08986_Notice of Amended Charge of Discrimination_1.pdf | Arcapp User |
| Sun Feb 23 23:13:16 EST 2025 | Generated Document. Type: Notice of Amended Charge, FileName:450-2024-08986_Notice of Amended Charge of Discrimination_1.pdf | Arcapp User |
| Sun Feb 23 23:13:15 EST 2025 | Emailed Thomas Stanek at thomas.stanek@odnss.com that a new document is available to download. | Arcapp User |
| Sun Feb 23 23:13:15 EST 2025 | Emailed Thomas Stanek at thomas.stanek@ogletreedeakins.com that a new document is available to download. | Arcapp User |
| Sun Feb 23 23:13:15 EST 2025 | Emailed Morgan Fingleton at morgan.fingleton@ogletree.com that a new document is available to download. | Arcapp User |
| Sun Feb 23 23:13:14 EST 2025 | Uploaded Document. Type: Amended Charge of Discrimination, FileName:450-2024-08986_AmendedChargeofDiscrimination_1.pdf | Arcapp User |
| Sun Feb 23 23:13:14 EST 2025 | Added Charge Particulars Amended - Finalized | Arcapp User |
| Sun Feb 23 23:13:10 EST 2025 | Charging Party signed Amended Charge of Discrimination. | (b) (7)(C), (b) (6) |
| Sun Feb 23 23:09:55 EST 2025 | Charging Party viewed Amended Charge draft | |
| Sun Feb 23 23:09:55 EST 2025 | The Charging Party has Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | |
| Thu Feb 20 11:35:04 EST 2025 | Downloaded Document. Type: Correspondence with Charging Party, FileName:2025-02-19 1416 Email from Tricia Sairie re EEOC Case 450-2024-08986.msg | JACQUELINE OLIVAS |
| Wed Feb 19 20:33:27 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2025-02-19 1416 Email from Tricia Sairie re EEOC Case 450-2024-08986.msg | GARRETT HOOVER |
| Wed Feb 19 20:33:25 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2025-02-19 1732 Email from EEOC re EEOC Case 450-2024-08986.msg | GARRETT HOOVER |

004

| Date | Event | Name |
|------|-------|------|
| Wed Feb 19 17:52:37 EST 2025 | Charging Party viewed Amended Charge draft | (b) (7)(C), (b) (6) |
| Wed Feb 19 17:52:37 EST 2025 | The Charging Party has Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | |
| Wed Feb 19 17:12:01 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2025-02-19 1410 Email from EEOC re EEOC Case 450-2024-08986.msg | GARRETT HOOVER |
| Wed Feb 19 17:11:55 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2025-02-19 1349 Email from Tricia Sairie re EEOC Case 450-2024-08986.msg | GARRETT HOOVER |
| Wed Feb 19 17:10:21 EST 2025 | Sent to Charging Party For Review | GARRETT HOOVER |
| Wed Feb 19 17:10:19 EST 2025 | Document properties have been updated. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf, Reason:NA | GARRETT HOOVER |
| Wed Feb 19 17:10:16 EST 2025 | Generated Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | GARRETT HOOVER |
| Wed Feb 19 17:10:09 EST 2025 | Document properties have been updated. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf, Reason:NA | GARRETT HOOVER |
| Wed Feb 19 17:10:06 EST 2025 | Generated Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | GARRETT HOOVER |
| Wed Feb 19 17:06:53 EST 2025 | Changed Document Received Date for Amended Charge of Discrimination-draft 450-2024-08986_AmendedChargeOfDiscrimination-Draft to 02/19/2025 | GARRETT HOOVER |
| Wed Feb 19 17:06:50 EST 2025 | Generated Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024- | GARRETT HOOVER |

| Date | Event | Name |
|------|-------|------|
|  | 08986_AmendedChargeOfDiscrimination-Draft.pdf |  |
| Wed Feb 19 17:06:42 EST 2025 | Removed the Receiving Office Intent :Investigate Charge, Reason:CP request to remove | GARRETT HOOVER |
| Wed Feb 19 17:06:42 EST 2025 | Updated the Deferral Office :Texas Workforce Commission Civil Rights Division, Reason:CP request to remove | GARRETT HOOVER |
| Wed Feb 19 15:26:02 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:2025-02-19 1224 Email from EEOC re EEOC Case 450-2024-08986.msg | GARRETT HOOVER |
| Wed Feb 19 15:14:26 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | GARRETT HOOVER |
| Wed Feb 19 14:51:03 EST 2025 | Charging Party viewed Amended Charge draft | (b) (7)(C), (b) (6) |
| Wed Feb 19 14:51:03 EST 2025 | The Charging Party has Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf |  |
| Wed Feb 19 13:49:00 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | GARRETT HOOVER |
| Tue Feb 18 15:54:42 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | PATRICIA KANE |
| Fri Feb 14 19:15:58 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | GARRETT HOOVER |
| Thu Feb 13 11:43:46 EST 2025 | No Action is required from you at this time. | Respondentportal User |
| Thu Feb 13 11:43:44 EST 2025 | Respondent logged in | Respondentportal User |
| Wed Feb 12 18:21:27 EST 2025 | Changed Respondent Information | Respondentportal User |

006

| Date | Event | Name |
|---|---|---|
| Wed Feb 12 18:21:27 EST 2025 | Added NAICS code to respondent details. | Respondentportal User |
| Wed Feb 12 18:21:27 EST 2025 | Verified respondent s NAICS code. | Respondentportal User |
| Wed Feb 12 18:21:05 EST 2025 | No Action is required from you at this time. You must enter and/or verify your North American Industry Classification System (NAICS) code. Please click the ?Update Respondent Information? button on this page. In the Respondent Information screen, if the NAICS code has not been entered, search for the appropriate NAICS code using the NAICS code box. Make sure the NAICS code is correct, and then confirm the respondent information. You can view the charge of discrimination and respond to the mediation invitation but cannot upload documents until this is completed. | Respondentportal User |
| Wed Feb 12 18:21:03 EST 2025 | Respondent logged in | Respondentportal User |
| Tue Feb 11 12:47:02 EST 2025 | PCHP Supervisor review (b) (5) ▮▮▮ | JACQUELINE OLIVAS |
| Tue Feb 11 12:46:54 EST 2025 | Processing category justification text is revised as Supervisory Note: (b) (5) ▮▮▮▮▮<br><br>-----<br><br>The EEOC laws were explained to the CP. CP was told that if she filed, she would be getting the Federal RTS, once management reviews it. CP was (b) (5) ▮▮▮▮▮▮▮▮▮▮▮▮ CP stated that she understood. CP was told that once she is issued the Federal RTS, it would be good for 90 days. CP stated that she understood. | JACQUELINE OLIVAS |
| Tue Feb 11 12:45:58 EST 2025 | Processing category justification text is revised as Supervisory Note: (b) (5) ▮▮▮▮▮ | JACQUELINE OLIVAS |

007

| Date | Event | Name |
|---|---|---|
| | ----- <br><br> The EEOC laws were explained to the CP. CP was told that if she filed, she would be getting the Federal RTS, once management reviews it. CP was (b) (5) ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ CP stated that she understood. CP was told that once she is issued the Federal RTS, it would be good for 90 days. CP stated that she understood. | |
| Tue Feb 11 12:16:33 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | JACQUELINE OLIVAS |
| Tue Feb 11 12:16:05 EST 2025 | Downloaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | JACQUELINE OLIVAS |
| Tue Feb 11 11:06:55 EST 2025 | Downloaded Document. Type: Notice of Charge, FileName:450-2024-08986_NoticeOfChargeOfDiscrimination.pdf | Respondentportal User |
| Tue Feb 11 11:06:47 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |
| Tue Feb 11 11:06:30 EST 2025 | Added Respondent Legal Representative. | Respondentportal User |
| Tue Feb 11 11:06:06 EST 2025 | No Action is required from you at this time. You must enter and/or verify your North American Industry Classification System (NAICS) code. Please click the ?Update Respondent Information? button on this page. In the Respondent Information screen, if the NAICS code has not been entered, search for the appropriate NAICS code using the NAICS code box. Make sure the NAICS code is correct, and then confirm the respondent information. You can view the charge of discrimination and | Respondentportal User |

008

| Date | Event | Name |
|------|-------|------|
|  | respond to the mediation invitation but cannot upload documents until this is completed. |  |
| Tue Feb 11 11:06:04 EST 2025 | Respondent logged in | Respondentportal User |
| Mon Feb 10 19:30:04 EST 2025 | Downloaded Document. Type: Notice of Charge, FileName:450-2024-08986_NoticeOfChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 18:58:16 EST 2025 | Downloaded Document. Type: Notice of Charge, FileName:450-2024-08986_NoticeOfChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 18:57:59 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 18:54:35 EST 2025 | Added Respondent Legal Representative. | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information zipCode changed to 85016 | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information title changed to Attorney | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information state changed to Arizona | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information phone added as (602) 778-3707 | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information organization changed to Ogletree Deakins | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information lastName changed to Stanek | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information firstName changed to Thomas | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information city changed to Phoenix | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information addressLine2 changed to Suite 800 | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent Contact Information addressLine1 changed to 2415 E. Camelback Rd. | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Confirmed Respondent changes to Respondent Information. Changes saved to Respondent record. | Respondentportal User |

009

| Date | Event | Name |
|------|-------|------|
| Mon Feb 10 18:53:08 EST 2025 | Respondent user proposed change to Respondent information | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent emlState changed to EEOC Staff must review. | Respondentportal User |
| Mon Feb 10 18:53:08 EST 2025 | Respondent linked to EML Employer record for Freedom Debt Relief/DBA Achieve (24063956) | Respondentportal User |
| Mon Feb 10 18:51:32 EST 2025 | No Action is required from you at this time. You must enter and/or verify your North American Industry Classification System (NAICS) code. Please click the ?Update Respondent Information? button on this page. In the Respondent Information screen, if the NAICS code has not been entered, search for the appropriate NAICS code using the NAICS code box. Make sure the NAICS code is correct, and then confirm the respondent information. You can view the charge of discrimination and respond to the mediation invitation but cannot upload documents until this is completed. | Respondentportal User |
| Mon Feb 10 18:51:30 EST 2025 | Respondent logged in | Respondentportal User |
| Mon Feb 10 17:16:09 EST 2025 | Dual filing notification acknowledged by Texas Workforce Commission Civil Rights Division:Defer Investigation | Ninette Ruelas |
| Mon Feb 10 17:16:09 EST 2025 | Identified Deferral Office Intent by Texas Workforce Commission Civil Rights Division as Defer Investigation | Ninette Ruelas |
| Mon Feb 10 15:40:48 EST 2025 | Downloaded Document. Type: Correspondence with Charging Party, FileName:Re_ EEOC Case 450-2024-)8986.msg | JACQUELINE OLIVAS |
| Mon Feb 10 15:38:42 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:Re_ EEOC Case 450-2024-)8986(1).msg | JACQUELINE OLIVAS |
| Mon Feb 10 15:38:07 EST 2025 | Downloaded Document. Type: Correspondence with Charging Party, FileName:Re_ EEOC Case 450-2024-)8986.msg | JACQUELINE OLIVAS |
| Mon Feb 10 15:36:21 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:Re_ EEOC Case 450-2024-)8986.msg | JACQUELINE OLIVAS |
| Mon Feb 10 14:29:01 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:RE_ EEOC Case 450-2024-08986.msg | JACQUELINE OLIVAS |

| Date | Event | Name |
|------|-------|------|
| Mon Feb 10 14:26:01 EST 2025 | Sent to Charging Party For Review | JACQUELINE OLIVAS |
| Mon Feb 10 14:26:01 EST 2025 | Changed Document Received Date for Amended Charge of Discrimination-draft 450-2024-08986_AmendedChargeOfDiscrimination-Draft to 02/10/2025 | JACQUELINE OLIVAS |
| Mon Feb 10 14:25:58 EST 2025 | Generated Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | JACQUELINE OLIVAS |
| Mon Feb 10 14:25:50 EST 2025 | Respondent zipCode changed to 94402 | JACQUELINE OLIVAS |
| Mon Feb 10 14:25:50 EST 2025 | Respondent county changed to San Mateo | JACQUELINE OLIVAS |
| Mon Feb 10 14:25:50 EST 2025 | Respondent city changed to San Mateo | JACQUELINE OLIVAS |
| Mon Feb 10 14:25:50 EST 2025 | Respondent addressLine2 changed to #400 | JACQUELINE OLIVAS |
| Mon Feb 10 14:25:50 EST 2025 | Respondent addressLine1 changed to 1875 S Grant Street | JACQUELINE OLIVAS |
| Mon Feb 10 11:55:43 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 11:55:41 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 11:55:35 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 11:55:31 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 11:55:29 EST 2025 | Downloaded Document. Type: Notice of Charge, FileName:450-2024-08986_NoticeOfChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Feb 10 11:52:36 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Respondentportal User |

| Date | Event | Name |
|---|---|---|
| Mon Feb 10 11:49:12 EST 2025 | No Action is required from you at this time. You must enter and/or verify your North American Industry Classification System (NAICS) code. Please click the ?Update Respondent Information? button on this page. In the Respondent Information screen, if the NAICS code has not been entered, search for the appropriate NAICS code using the NAICS code box. Make sure the NAICS code is correct, and then confirm the respondent information. You can view the charge of discrimination and respond to the mediation invitation but cannot upload documents until this is completed. | Respondentportal User |
| Mon Feb 10 11:49:11 EST 2025 | Respondent logged in | Respondentportal User |
| Mon Feb 10 11:48:49 EST 2025 | Respondent password changed | Respondentportal User |
| Fri Feb 07 22:08:38 EST 2025 | Emailed Linda Luman at lluman@freedomdebtrelief.com that charge has been perfected | Arcapp User |
| Fri Feb 07 15:16:41 EST 2025 | Sent to Charging Party For Review | BRANDON MANCIA |
| Fri Feb 07 15:16:40 EST 2025 | Document properties have been updated. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf, Reason:NA | BRANDON MANCIA |
| Fri Feb 07 15:16:38 EST 2025 | Generated Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | BRANDON MANCIA |
| Fri Feb 07 15:16:27 EST 2025 | Uploaded Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | BRANDON MANCIA |
| Fri Feb 07 15:16:25 EST 2025 | Generated Document. Type: Amended Charge of Discrimination-draft, FileName:450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf | BRANDON MANCIA |
| Fri Feb 07 15:16:22 EST 2025 | Added Charge Particulars Amended - Draft | BRANDON MANCIA |
| Fri Feb 07 15:10:15 EST 2025 | Selected Deferral Office: Texas Workforce Commission Civil Rights Division | BRANDON MANCIA |

012

| Date | Event | Name |
|---|---|---|
| Fri Feb 07 15:09:08 EST 2025 | Downloaded Document. Type: Correspondence with Charging Party, FileName:EEOC No_ 450-2024-08986.msg | BRANDON MANCIA |
| Fri Feb 07 14:59:06 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | GARRETT HOOVER |
| Fri Feb 07 14:50:23 EST 2025 | Removed the Receiving Office Intent :Investigate Charge | BRANDON MANCIA |
| Fri Feb 07 14:50:23 EST 2025 | Updated the Deferral Office :California Civil Rights Department | BRANDON MANCIA |
| Fri Feb 07 14:49:22 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | BRANDON MANCIA |
| Fri Feb 07 14:37:18 EST 2025 | Added Respondent Contact Information. | BRANDON MANCIA |
| Thu Feb 06 15:01:38 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | JACQUELINE OLIVAS |
| Wed Feb 05 14:14:35 EST 2025 | Intake Interview note updated. Type:Intake Interview. | BRANDON MANCIA |
| Wed Feb 05 14:03:18 EST 2025 | Intake Interview note updated. Type:Intake Interview. | BRANDON MANCIA |
| Wed Feb 05 14:02:34 EST 2025 | Added Work Site Address. | BRANDON MANCIA |
| Wed Feb 05 14:02:34 EST 2025 | Respondent workedAtPrimaryadr added as false | BRANDON MANCIA |
| Wed Feb 05 14:02:34 EST 2025 | Respondent numberOfEmployees added as 15 - 100 Employees | BRANDON MANCIA |
| Wed Feb 05 14:02:34 EST 2025 | Respondent institutionType added as Private Employer | BRANDON MANCIA |
| Wed Feb 05 14:02:34 EST 2025 | Respondent emlState added as Respondent must verify record. | BRANDON MANCIA |
| Wed Feb 05 13:59:49 EST 2025 | Assigned to JACQUELINE OLIVAS for Supervisor PCHP review | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Added (b) (5) to assessment | BRANDON MANCIA |

013

| Date | Event | Name |
|------|-------|------|
| Wed Feb 05 13:59:29 EST 2025 | Added (b) (5) ████████████ to assessment | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Added (b) (5) ████████████ to assessment | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Added Processing Category Factor (b) (5) ██████████ to assessment | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Added Processing Category Factor (b) (5) ████████████████ to assessment | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Added PCHP Category PCHP Assessment to assessment. | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Processing category justification text is added as The EEOC laws were explained to the CP. CP was told that if she filed, she would be getting the Federal RTS, once management reviews it. CP was (b) (5) ████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████████████ ██████████████. CP stated that she understood. CP was told that once she is issued the Federal RTS, it would be good for 90 days. CP stated that she understood. | BRANDON MANCIA |
| Wed Feb 05 13:59:29 EST 2025 | Processing Category (b) (5) ██████████ assigned. | BRANDON MANCIA |
| Wed Feb 05 13:53:23 EST 2025 | Intake Interview note updated. Type:Intake Interview. | BRANDON MANCIA |
| Wed Feb 05 13:12:15 EST 2025 | Intake Interview note updated. Type:Intake Interview. | BRANDON MANCIA |
| Tue Feb 04 19:44:41 EST 2025 | Uploaded Document. Type: Correspondence with Charging Party, FileName:EEOC No_ 450-2024-08986.msg | JACQUELINE OLIVAS |
| Tue Feb 04 13:33:04 EST 2025 | Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | GARRETT HOOVER |

014

| Date | Event | Name |
|------|-------|------|
| Sun Jan 26 20:19:11 EST 2025 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | (b) (7)(C), (b) (6) |
| Sun Jan 19 22:03:08 EST 2025 | Uploaded Document. Type: Notice of Charge, FileName:450-2024-08986_NoticeOfChargeOfDiscrimination.pdf | Arcapp User |
| Sun Jan 19 22:03:06 EST 2025 | Generated Document. Type: Notice of Charge, FileName:450-2024-08986_NoticeOfChargeOfDiscrimination.pdf | Arcapp User |
| Mon Jan 13 17:24:29 EST 2025 | The Charging Party has Downloaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | (b) (7)(C), (b) (6) |
| Sat Jan 11 01:08:38 EST 2025 | Uploaded Document. Type: Notice of Dual-Filed Charge, FileName:450-2024-08986_NoticeOfDualFiledCharge.pdf | Arcapp User |
| Sat Jan 11 01:08:36 EST 2025 | Generated Document. Type: Notice of Dual-Filing & Acknowledgement of Charge, FileName:450-2024-08986_NoticeOfDualFiledCharge.pdf | Arcapp User |
| Sat Jan 11 01:08:36 EST 2025 | Dual filing notification acknowledged by California Civil Rights Department:Defer Investigation | Arcapp User |
| Sat Jan 11 01:08:36 EST 2025 | Identified Deferral Office Intent by California Civil Rights Department as Defer Investigation | Arcapp User |
| Fri Jan 10 15:52:41 EST 2025 | Charging Party homePhone added as (760) 658-1062 | Publicportal User |
| Fri Jan 10 15:52:41 EST 2025 | Charging Party city changed to ENCINITAS | Publicportal User |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party nationalOriginCategory changed to American (U.S.) Origin | BRANDON MANCIA |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party zipCode changed to 92024 | BRANDON MANCIA |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party state changed to California | BRANDON MANCIA |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party county added as San Diego | BRANDON MANCIA |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party city changed to Encinitas | BRANDON MANCIA |

015

| Date | Event | Name |
|---|---|---|
| Fri Jan 10 15:37:14 EST 2025 | Charging Party cellNumber changed to (760) 658-1062 | BRANDON MANCIA |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party addressLine2 added as #646 | BRANDON MANCIA |
| Fri Jan 10 15:37:14 EST 2025 | Charging Party addressLine1 changed to 1106 Second Street | BRANDON MANCIA |
| Fri Jan 10 15:34:22 EST 2025 | Emailed Tricia Sairie at (b) (7)(C), (b) (6) that charge has been Filed | Arcapp User |
| Fri Jan 10 15:34:22 EST 2025 | Uploaded Document. Type: Charge of Discrimination, FileName:450-2024-08986_ChargeOfDiscrimination.pdf | Arcapp User |
| Fri Jan 10 15:34:22 EST 2025 | Dual filing notification sent to California Civil Rights Department | Arcapp User |
| Fri Jan 10 15:34:22 EST 2025 | Case status changed from Charge Prepared to Charge Filed. | Arcapp User |
| Fri Jan 10 15:34:22 EST 2025 | A charge is formalized | Arcapp User |
| Fri Jan 10 15:34:22 EST 2025 | Added Charge Particulars - Formalized | Arcapp User |
| Fri Jan 10 15:34:19 EST 2025 | Charging Party signed Charge of Discrimination. | (b) (7)(C), (b) (6) |
| Fri Jan 10 15:31:47 EST 2025 | Sent to Charging Party For Review | BRANDON MANCIA |
| Fri Jan 10 15:31:46 EST 2025 | Document properties have been updated. Type: Charge of Discrimination- Draft, FileName:450-2024-08986_ChargeOfDiscrimination-Draft.pdf, Reason:NA | BRANDON MANCIA |
| Fri Jan 10 15:31:44 EST 2025 | Generated Document. Type: Charge of Discrimination- Draft, FileName:450-2024-08986_ChargeOfDiscrimination-Draft.pdf | BRANDON MANCIA |
| Fri Jan 10 15:31:29 EST 2025 | Uploaded Document. Type: Charge of Discrimination- Draft, FileName:450-2024-08986_ChargeOfDiscrimination-Draft.pdf | BRANDON MANCIA |
| Fri Jan 10 15:31:27 EST 2025 | Generated Document. Type: Charge of Discrimination- Draft, FileName:450-2024-08986_ChargeOfDiscrimination-Draft.pdf | BRANDON MANCIA |

| Date | Event | Name |
|---|---|---|
| Fri Jan 10 15:31:27 EST 2025 | Case status changed from Inquiry Submitted to Charge Prepared. | BRANDON MANCIA |
| Fri Jan 10 15:31:27 EST 2025 | Prepared Charge of Discrimination for review, signature | BRANDON MANCIA |
| Fri Jan 10 15:31:21 EST 2025 | Identified Accountable Office Intent as Investigate Charge | BRANDON MANCIA |
| Fri Jan 10 15:31:21 EST 2025 | Added Charge Particulars - Draft | BRANDON MANCIA |
| Fri Jan 10 15:31:21 EST 2025 | Selected Deferral Office: California Civil Rights Department | BRANDON MANCIA |
| Fri Jan 10 14:37:32 EST 2025 | Allegation ADA Endocrine Disorders-Hypothyroidism Reasonable Accommodation added to case | BRANDON MANCIA |
| Fri Jan 10 14:37:32 EST 2025 | Allegation ADA Endocrine Disorders-Hypothyroidism Discharge added to case | BRANDON MANCIA |
| Fri Jan 10 14:36:02 EST 2025 | Allegation Title VII Sex-Female Sexual Harassment added to case | BRANDON MANCIA |
| Fri Jan 10 14:19:22 EST 2025 | Intake Interview note added. Type:Intake Interview and Non-Disclosable:Yes. | BRANDON MANCIA |
| Fri Jan 10 13:00:44 EST 2025 | Viewed Online Inquiry Report Information | BRANDON MANCIA |
| Fri Jan 10 12:38:17 EST 2025 | Viewed Online Inquiry Report Information | BRANDON MANCIA |
| Fri Jan 10 12:38:14 EST 2025 | Charge assignee BRANDON MANCIA (INVESTIGATOR) viewed charge details. | BRANDON MANCIA |
| Thu Jan 09 07:45:42 EST 2025 | A 1-day reminder notice is emailed to the PCP.. | noreply@eeoc.gov |
| Wed Jan 08 14:45:16 EST 2025 | BRANDON MANCIA designated as the primary assignee | MAURICIO ORTIZ-CASTRO |
| Mon Jan 06 20:16:50 EST 2025 | General note added. Type:General and Non-Disclosable:No. | MAURICIO ORTIZ-CASTRO |
| Mon Jan 06 20:15:50 EST 2025 | Contact with Charging Party record added | MAURICIO ORTIZ-CASTRO |
| Mon Jan 06 20:10:33 EST 2025 | Interview has been rescheduled for 01/10/2025 10:00:00 PST at Los Angeles District Office. | mauricio.ortiz.castro@eeoc.gov |

| Date | Event | Name |
|---|---|---|
| Mon Jan 06 20:05:41 EST 2025 | Interview has been scheduled for 01/10/2025 10:00:00 PST at Los Angeles District Office. | mauricio.ortiz.castro@eeoc.gov |
| Mon Jan 06 19:51:50 EST 2025 | Contact with Charging Party record added | MAURICIO ORTIZ-CASTRO |
| Mon Jan 06 19:51:17 EST 2025 | Case status changed from Inquiry Closed to Inquiry Submitted. | MAURICIO ORTIZ-CASTRO |
| Mon Jan 06 19:51:17 EST 2025 | Closed Inquiry has been reopened | MAURICIO ORTIZ-CASTRO |
| Thu Jan 02 16:03:57 EST 2025 | Viewed Online Inquiry Report Information | (b) (7)(C), (b) (6) |
| Thu Jan 02 16:03:56 EST 2025 | Viewed Online Inquiry Report Information | |
| Mon Dec 09 16:17:27 EST 2024 | Case status changed from Inquiry Submitted to Inquiry Closed. | MAURICIO ORTIZ-CASTRO |
| Mon Dec 09 16:17:27 EST 2024 | Inquiry has been closed with reason Charging Party declined to File. | MAURICIO ORTIZ-CASTRO |
| Mon Dec 09 16:16:19 EST 2024 | DONRENA FISHER removed as the primary assignee | MAURICIO ORTIZ-CASTRO |
| Mon Dec 09 15:33:43 EST 2024 | General note added. Type:Investigator Note and Non-Disclosable:Yes. | DONRENA FISHER |
| Mon Dec 09 15:25:25 EST 2024 | Charge assignee DONRENA FISHER (EQUAL OPPORTUNITY INVESTIGATOR) viewed charge details. | DONRENA FISHER |
| Mon Dec 09 12:54:53 EST 2024 | Interview has been cancelled for 12/09/2024 13:00:00 PST at Los Angeles District Office. | (b) (7)(C), (b) (6) |
| Sun Dec 08 12:03:14 EST 2024 | Viewed Online Inquiry Report Information | |
| Fri Dec 06 06:38:55 EST 2024 | A 1-day reminder notice is emailed to the PCP.. | noreply@eeoc.gov |
| Thu Dec 05 21:30:19 EST 2024 | DONRENA FISHER designated as the primary assignee | MAURICIO ORTIZ-CASTRO |
| Mon Dec 02 11:37:32 EST 2024 | A PCP confirms a scheduled appointment. | (b) (7)(C), (b) (6) |
| Mon Dec 02 06:15:05 EST 2024 | A 5-day confirmation notice is emailed to the PCP. | noreply@eeoc.gov |

| Date | Event | Name |
|------|-------|------|
| Thu Nov 07 06:08:45 EST 2024 | A 20-day reminder notice is emailed to the PCP. | noreply@eeoc.gov |
| Mon Sep 16 18:01:31 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Sep 15 23:53:32 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Sep 15 17:53:29 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Sep 14 23:52:58 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Sep 14 17:47:34 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Sep 13 23:54:06 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Sep 13 18:00:09 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Sep 12 23:52:33 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Sep 12 17:54:07 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Sep 11 23:53:32 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Sep 11 17:50:52 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Sep 11 00:05:12 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Tue Sep 10 18:04:42 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Mon Sep 09 23:49:58 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Mon Sep 09 17:56:59 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Sep 08 23:50:34 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Sep 08 17:50:35 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |

| Date | Event | Name |
|------|-------|------|
| Sat Sep 07 23:46:44 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Sep 07 17:36:03 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Sep 07 00:00:47 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Sep 06 18:08:34 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Sep 06 00:18:52 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Sep 05 17:54:32 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Sep 05 00:00:51 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Sep 04 18:06:30 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Sep 04 00:20:15 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Tue Sep 03 18:07:22 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Tue Sep 03 00:21:19 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Mon Sep 02 18:09:00 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Sep 01 23:58:36 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Sep 01 17:55:26 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Aug 31 23:59:22 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Aug 31 17:55:00 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Aug 30 23:58:55 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Aug 30 17:53:27 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |

020

| Date | Event | Name |
|------|-------|------|
| Thu Aug 29 23:59:44 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Aug 29 18:16:54 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Aug 29 00:00:04 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Aug 28 18:03:34 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Tue Aug 27 23:57:47 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Tue Aug 27 18:06:31 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Tue Aug 27 00:14:50 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Mon Aug 26 18:08:53 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Mon Aug 26 00:00:08 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Aug 25 17:54:39 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sun Aug 25 00:15:58 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Sat Aug 24 17:54:32 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Aug 23 23:59:15 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Aug 23 17:51:35 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Aug 22 23:56:05 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Aug 22 18:02:13 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Thu Aug 22 17:03:13 EDT 2024 | Viewed Online Inquiry Report Information | (b) (7)(C), (b) (6) |
| Thu Aug 22 17:03:09 EDT 2024 | Viewed Online Inquiry Report Information | |

021

| Date | Event | Name |
|------|-------|------|
| Thu Aug 22 00:22:00 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Aug 21 18:14:43 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Wed Aug 21 00:15:23 EDT 2024 | Online Case data updated. Added filing deadline date : 04/16/2025 | Arcapp User |
| Fri Aug 16 14:45:59 EDT 2024 | Viewed Online Inquiry Report Information | (b) (7)(C), (b) (6) |
| Fri Aug 16 14:39:58 EDT 2024 | Viewed Online Inquiry Report Information | |
| Tue Jul 16 14:11:13 EDT 2024 | Viewed Online Inquiry Report Information | |
| Tue Jul 16 14:10:38 EDT 2024 | Supplemental text updated | |
| Tue Jul 16 13:42:03 EDT 2024 | Interview has been scheduled for 12/09/2024 13:00:00 PST at Los Angeles District Office. | |
| Sat Jul 06 23:44:55 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Sat Jul 06 23:44:20 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Sat Jul 06 03:28:38 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Sat Jul 06 03:26:18 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Fri Jul 05 12:12:42 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Fri Jul 05 12:12:01 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Thu Jul 04 16:11:46 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Thu Jul 04 16:11:02 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Thu Jul 04 11:44:18 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Thu Jul 04 05:08:11 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |

| Date | Event | Name |
|------|-------|------|
| Wed Jul 03 18:12:25 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | (b) (7)(C), (b) (6) |
| Wed Jul 03 18:11:19 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Wed Jul 03 15:55:22 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Wed Jul 03 15:53:20 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Wed Jul 03 01:07:56 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Wed Jul 03 01:04:44 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Tue Jul 02 02:28:58 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Mon Jul 01 18:39:22 EDT 2024 | Case data updated: accountabilityOfficeCode set to Dallas District Office. | |
| Mon Jul 01 18:37:19 EDT 2024 | Viewed Online Inquiry Report Information | |
| Mon Jul 01 18:37:15 EDT 2024 | Viewed Online Inquiry Report Information | |
| Mon Jul 01 18:37:08 EDT 2024 | Viewed Online Inquiry Report Information | |
| Sun Jun 30 17:44:12 EDT 2024 | Case data updated: accountabilityOfficeCode set to Los Angeles District Office. | |
| Sun Jun 30 17:39:44 EDT 2024 | PP user confirms that the Preservation of Evidence has been reviewed | |
| Sun Jun 30 17:38:38 EDT 2024 | An Inquiry has been created. | |

# CASE INFORMATION

EEOC (Inquiry) Number:  **450-2024-08986**

## CASE INFORMATION

| | |
|---|---|
| **EEOC Number** | 450-2024-08986 |
| **FEPA Number** | |
| **Status** | Charge Closed |
| **Submission (initial inquiry) date** | 06/30/2024 |
| **Receiving office** | Los Angeles District Office |
| **Accountable office** | Los Angeles District Office |
| **Received by** | Public Portal |
| **Received from** | Aggrieved Person |
| **Last activity** | 07/31/2025 10:25:58: Viewed Online Inquiry Report Information by KATHLEEN GILLIAM |

## CHARGING PARTY

| | |
|---|---|
| **Name** | Tricia Sairie |
| **Preferred name** | |
| **Pronoun** | |
| **Date of birth** | ███/1964 |
| **Gender** | Female |
| **Email** | (b) (7)(C), (b) (6) |
| **Race** | White |
| **Is hispanic** | No |
| **National origin group** | American/Other Origin Group |
| **National origin category** | American (U.S.) Origin |
| **Have a disability** | Yes |
| **Language need** | |
| **Sign language need** | false |
| **Address** | 1106 Second Street,#646 |
| **City** | ENCINITAS |
| **State** | California |
| **Country** | UNITED STATES OF AMERICA |
| **Zip** | 92024 |
| **Cell phone** | (760) 658-1062 |
| **Home phone** | (760) 658-1062 |
| **Work phone** | |
| **Ext** | |
| **Fax** | |

## RESPONDENT

| | |
|---|---|
| **Name** | Freedom Debt Relief/DBA Achieve |
| **Email** | |
| **Employer Size** | 15 - 100 Employees |
| **EEOC-1 Unit Name** | |
| **EEOC-1 Unit No.** | |
| **Institution Type** | Private Employer |
| **EEOC-1 HQ Name** | |
| **EEOC-1 HQ No.** | |

# CASE INFORMATION

EEOC (Inquiry) Number:  **450-2024-08986**

| | |
|---|---|
| **Parent Name** | |
| **Parent EML Employer Id** | 24063956 |
| **Address** | 1875 S Grant Street ,#400 |
| **City** | San Mateo |
| **State** | California |
| **Country** | UNITED STATES OF AMERICA |
| **Zip** | 94402 |
| **County** | San Mateo |
| **Work Phone** | |
| **Ext** | |
| **Fax** | |
| **Trade Name** | |

## ADDITIONAL ADDRESS

| | |
|---|---|
| **Address Type** | Work Site Address |
| **Type** | |
| **Name** | NA NA |
| **Address** | 1106 Second Street, #646 |
| **City** | Encinitas |
| **State** | California |
| **Country** | UNITED STATES OF AMERICA |
| **Zip** | 92024 |
| **Email** | |
| **Cell phone** | |
| **Work phone** | |
| **Ext** | |
| **Fax** | |
| **Address Type** | Respondent Legal Representative |
| **Type** | Primary Contact |
| **Name** | Thomas Stanek |
| **Address** | 2415 E CAMELBACK RD,STE 800 |
| **City** | Phoenix |
| **State** | Arizona |
| **Country** | UNITED STATES OF AMERICA |
| **Zip** | 85016 |
| **Email** | thomas.stanek@odnss.com |
| **Cell phone** | |
| **Work phone** | (602) 778-3707 |
| **Ext** | |
| **Fax** | |
| **Address Type** | Respondent Legal Representative |
| **Type** | |
| **Name** | Morgan Fingleton |
| **Address** | 2415 E. Camelback Road,Suite 800 |
| **City** | Phoenix |

# CASE INFORMATION

EEOC (Inquiry) Number:  **450-2024-08986**

| | |
|---|---|
| **State** | Arizona |
| **Country** | UNITED STATES OF AMERICA |
| **Zip** | 85016 |
| **Email** | morgan.fingleton@ogletree.com |
| **Cell phone** | |
| **Work phone** | (602) 778-3730 |
| **Ext** | |
| **Fax** | |
| **Address Type** | Respondent Contact Information |
| **Type** | |
| **Name** | Thomas Stanek |
| **Address** | 2415 E. Camelback Rd.,Suite 800 |
| **City** | Phoenix |
| **State** | Arizona |
| **Country** | UNITED STATES OF AMERICA |
| **Zip** | 85016 |
| **Email** | thomas.stanek@ogletreedeakins.com |
| **Cell phone** | |
| **Work phone** | (602) 778-3707 |
| **Ext** | |
| **Fax** | |

# Communication Notes

EEOC (Inquiry) Number:  **450-2024-08986**

| Created by | MAURICIO ORTIZ-CASTRO |
|---|---|
| **Posted** | 01/06/2025 08:15:50 |
| **Contacted** | Charging Party |
| **Purpose** | Contact |
| **Notes** | PCP returned call. Intake rescheduled for 01/10/25. PCP states she has an atty now. Advised PCP to updated atty information in portal. |
| **Created by** | MAURICIO ORTIZ-CASTRO |
| **Posted** | 01/06/2025 07:51:50 |
| **Contacted** | Charging Party |
| **Purpose** | Contact |
| **Notes** | PCP requested to have inquiry reopened |

# Tab–Documentation Log

EEOC (Inquiry) Number:  **450-2024-08986**

| Type | Closure Notice/NRTS |
|---|---|
| **Title** | 2025-02-25 Closure Notice-NRTS 450-2024-08986.pdf |
| **Received date** | 02/25/2025 |
| **Available to** | CP,RSP |
| **Uploaded on** | 02/25/2025 01:53:02 |
| **Uploaded by** | JACOB MORALES |

| Type | Notice of Amended Charge |
|---|---|
| **Title** | 450-2024-08986_Notice of Amended Charge of Discrimination_1 |
| **Received date** | 02/23/2025 |
| **Available to** | RSP |
| **Uploaded on** | 02/23/2025 11:13:18 |
| **Uploaded by** | arcapp user |

| Type | Amended Charge of Discrimination |
|---|---|
| **Title** | 450-2024-08986_AmendedChargeofDiscrimination_1 |
| **Received date** | 02/23/2025 |
| **Available to** | CP,RSP |
| **Uploaded on** | 02/23/2025 11:13:14 |
| **Uploaded by** | arcapp user |

| Type | Correspondence with Charging Party |
|---|---|
| **Title** | 2025-02-19 1416 Email from Tricia Sairie re EEOC Case 450-2024-08986.msg |
| **Received date** | 02/19/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/19/2025 08:33:27 |
| **Uploaded by** | GARRETT HOOVER |

| Type | Correspondence with Charging Party |
|---|---|
| **Title** | 2025-02-19 1732 Email from EEOC re EEOC Case 450-2024-08986.msg |
| **Received date** | 02/19/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/19/2025 08:33:25 |
| **Uploaded by** | GARRETT HOOVER |

| Type | Correspondence with Charging Party |
|---|---|
| **Title** | 2025-02-19 1410 Email from EEOC re EEOC Case 450-2024-08986.msg |
| **Received date** | 02/19/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/19/2025 05:12:00 |
| **Uploaded by** | GARRETT HOOVER |

| Type | Correspondence with Charging Party |
|---|---|
| **Title** | 2025-02-19 1349 Email from Tricia Sairie re EEOC Case 450-2024-08986.msg |
| **Received date** | 02/19/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/19/2025 05:11:55 |
| **Uploaded by** | GARRETT HOOVER |

| Type | Correspondence with Charging Party |
|---|---|
| **Title** | 2025-02-19 1224 Email from EEOC re EEOC Case 450-2024-08986.msg |

# Tab - Documentation Log

EEOC (Inquiry) Number:  **450-2024-08986**

| | |
|---|---|
| **Received date** | 02/19/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/19/2025 03:26:02 |
| **Uploaded by** | GARRETT HOOVER |
| **Type** | Correspondence with Charging Party |
| **Title** | 2025-02-10 Re_ EEOC Case 450-2024-)8986.msg |
| **Received date** | 02/10/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/10/2025 03:38:41 |
| **Uploaded by** | JACQUELINE OLIVAS |
| **Type** | Correspondence with Charging Party |
| **Title** | 2025-02-10 Re_ EEOC Case 450-2024-)8986.msg |
| **Received date** | 02/10/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/10/2025 03:36:21 |
| **Uploaded by** | JACQUELINE OLIVAS |
| **Type** | Correspondence with Charging Party |
| **Title** | 2025-02-10 RE_ EEOC Case 450-2024-08986.msg |
| **Received date** | 02/10/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/10/2025 02:29:00 |
| **Uploaded by** | JACQUELINE OLIVAS |
| **Type** | Correspondence with Charging Party |
| **Title** | 2025-02-04 EEOC No_ 450-2024-08986.msg |
| **Received date** | 02/04/2025 |
| **Available to** | CP |
| **Uploaded on** | 02/04/2025 07:44:40 |
| **Uploaded by** | JACQUELINE OLIVAS |
| **Type** | Notice of Charge |
| **Title** | 450-2024-08986_NoticeOfChargeOfDiscrimination |
| **Received date** | 01/19/2025 |
| **Available to** | RSP |
| **Uploaded on** | 01/19/2025 10:03:08 |
| **Uploaded by** | arcapp user |
| **Type** | Notice of Dual-Filed Charge |
| **Title** | 450-2024-08986_NoticeOfDualFiledCharge |
| **Received date** | 01/11/2025 |
| **Available to** | |
| **Uploaded on** | 01/11/2025 01:08:38 |
| **Uploaded by** | arcapp user |
| **Type** | Charge of Discrimination |
| **Title** | 450-2024-08986_ChargeOfDiscrimination |
| **Received date** | 01/10/2025 |
| **Available to** | CP,RSP |
| **Uploaded on** | 01/10/2025 03:34:22 |

# Tab-Documentation Log

EEOC (Inquiry) Number:  **450-2024-08986**

| Uploaded by | arcapp user |
| --- | --- |

**Email Log**

EEOC (Inquiry) Number:  **450-2024-08986**

| | |
|---|---|
| **Date** | 02/23/2025 |
| **Email To** *(Delivery Status)* | thomas.stanek@odnss.com(delivered) |
| **Subject** | Notice of Amended Charge of Discrimination 450-2024-08986 |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/07/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　(delivered) |
| **Subject** | US EEOC has Prepared Amended Charge 450-2024-08986 for Your Review / US EEOC ha Preparado una Modificaci n al Cargo 450-2024-08986 para su revisi n |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/23/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　(processed) |
| **Subject** | Confirmation of Amended Charge of Discrimination 450-2024-08986 / Confirmaci n del Recibo de una Queja/Querella de Discriminaci n Enmendada 450-2024-08986 |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/10/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　(delivered) |
| **Subject** | US EEOC has Prepared Amended Charge 450-2024-08986 for Your Review / US EEOC ha Preparado una Modificaci n al Cargo 450-2024-08986 para su revisi n |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 01/10/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　(delivered) |
| **Subject** | US EEOC has Prepared Charge 450-2024-08986 for Your Review / La EEOC ha Preparado la Queja/Querella 450-2024-08986 para su Revisi n |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/23/2025 |
| **Email To** *(Delivery Status)* | morgan.fingleton@ogletree.com(delivered) ,thomas.stanek@odnss.com(delivered) ,thomas.stanek@ogletreedeakins.com(delivered) |
| **Subject** | Document Added to EEOC Charge 450-2024-08986 |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/07/2025 |
| **Email To** *(Delivery Status)* | lluman@freedomdebtrelief.com(delivered) |
| **Subject** | Notice of Charge of Discrimination |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/25/2025 |
| **Email To** *(Delivery Status)* | morgan.fingleton@ogletree.com(delivered) ,thomas.stanek@odnss.com(delivered) ,thomas.stanek@ogletreedeakins.com(delivered) |
| **Subject** | Document Added to EEOC Charge 450-2024-08986 |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/19/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　(delivered) |
| **Subject** | US EEOC has Prepared Amended Charge 450-2024-08986 for Your Review / US EEOC ha Preparado una Modificaci n al Cargo 450-2024-08986 para su revisi n |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 03/05/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　(delivered) |
| **Subject** | REMINDER: Important Document Available for EEOC Charge 450-2024-08986 / RECORDATORIO: Documento Importante Est  Disponible para la Queja/Querella N mero 450-2024-08986 |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 02/25/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)　　delivered) |

031

**Email Log**

| | |
|---|---|
| **Subject** | Document Added to EEOC Charge 450-2024-08986 / Documento Agregado a la Queja/Querella 450-2024-08986 |
| **Author** | EEOC |

| | |
|---|---|
| **Date** | 01/10/2025 |
| **Email To** *(Delivery Status)* | (b) (7)(C), (b) (6)  ███████ (delivered) |
| **Subject** | Your Charge of Discrimination is Signed / El Cargo de Discriminaci n est  Firmado |
| **Author** | EEOC |

**Notes**

EEOC (Inquiry) Number: **450-2024-08986**

| Created by | BRANDON MANCIA |
|---|---|
| Posted | 02/07/2025 03:16:22 |
| Subject | Charge Particulars Amended - Finalized |
| Note | Around February 2022, I was hired by Freedom Debt Relief, as a Loan Consultant. Around November 2023, I was promoted to my most recent position, Debt Consultant. On or about January 12, 2024, I was subjected to sexual harassment by my direct supervisor, Alexander Viera, to include but not limited to: telling me that his wife does not care if he has a mistress; and telling me about sexual exploits with women at his former job. On or about May 4, 2024, I emailed the Leave of Absence department, a doctor's note requesting a reasonable accommodation due to my disability, to take leave until May 21, 2024. I was directed to only contact Lincoln Financial, a third-party consultant who handles disability accommodations. On or about May 21, 2024, I submitted a doctor's letter to Lincoln Financial extending my leave to July 3, 2024. On or about June 20, 2024, I got an email from Royce Freeman, Human Resources Representative, stating that I had resigned. |
| | No reason was given to me for the sexual harassment. No reason was given to me for denying my reasonable accommodation. The reason given to me for my discharge was that my leave ended on May 21, 2024, and that I failed to return to work. |
| | I believe I have been discriminated against due to my sex, Female, in violation of Title VII of Civil Rights Act of 1964, as amended. I believe I have been discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended. |

| Created by | BRANDON MANCIA |
|---|---|
| Posted | 02/05/2025 02:14:35 |
| Subject | Intake Interview |
| Note | CP alleges discrimination based on sex (Female) and disability. |
| | CP states that she was hired around February 2022, as a Loan Consultant. CP states that her last promotion was in November 2023, when she was promoted to Debt Consultant. CP states that she works remotely from home in Texas but has since moved to California. CP states that she has since moved. CP states that her last immediate supervisor was Alexander Viera. CP states that her and Mr. Viera would have regular phone calls, as they were getting to know each other, as they were new colleagues. CP states that that on January 12, 2024, she was subjected to sexual harassment, when Mr. Viera called her from his personal phone and during the conversation he mention that his wife doesn't care if he has a mistress, as long as the mistress pays the bills. CP states that Mr. Viera also stated that she used to work at a pawn shop and that she would not believe how many girls would do sexual favors for him for money. CP states that she never said anything to HR about the issue and never told anyone. CP states that on May 4, 2024, she submitted a doctor's note to the leave of absence department for some time off. CP stats that at this time she did not have a disability that she knew of or was diagnosed with. CP states that the LOA department connected her with Lincoln Financial, a third-party consultant, to handle her accommodation request to be off. CP states that once she submitted the paperwork to be off, she did not contact anyone at the R, as she was told to work with Lincoln Financial. CP states that she assumed that she was good to be off work and did not report into work. CP states that during this time off, Lincoln Financial asked the CP to have her doctor fill out their disability paperwork. CP states that on May 21, 2024, the nurse practitioner provided the CP with a note stating that she be off work until the CP could see a specialist. CP states that this was submitted to Lincoln Financial. CP states that on June 8, 2024, Lincoln Financial asked for more documents regarding her RA request for time off. CP states that June 20, 2024, she received an email from Mr. Viera stating that she had resigned as she had not contacted the R letting them know she was off. CP states that she thought that Lincoln Financial would have contacted the R, as the R only had the CP's original time off request from May 4, 2024. CP states that her original doctor's note from May 4, 2024, only asked for time off but did not state how long. CP again stated that she did not contact Mr. Viera or the R after May 4, 2024, as she was told by the LOA department to contact Lincoln Financial. CP states that she did not abandon her job but thought she was okay to be off due to that fact that she was working with Lincoln Financial and updating them on while she was off. |

| Created by | BRANDON MANCIA |
|---|---|
| Posted | 01/10/2025 03:31:21 |
| Subject | Charge Particulars - Formalized |
| Note | Around February 2022, I was hired by Freedom Debt Relief, as a Loan Consultant. Around November 2023, I was promoted to my most recent position, Debt Consultant. On or about January 12, 2024, I |

**Notes**

was subjected to sexual harassment by my direct supervisor, Alexander Viera, to include but not limited to: telling me that his wife does not care if he has a mistress; and telling me about sexual exploits with women at his former job. On or about May 4, 2024, I emailed the Leave of Absence department, a doctor's note requesting a reasonable accommodation due to my disability, to take leave until May 21, 2024. I was directed to only contact Lincoln Financial, a third-party consultant who handles disability accommodations. On or about May 21, 2024, I submitted a doctor's letter to Lincoln Financial extending my leave to July 3, 2024. On or about June 20, 2024, I got an email from Royce Freeman, Human Resources Representative, stating that I had resigned.

No reason was given to me for the sexual harassment. No reason was given to me for denying my reasonable accommodation. The reason given to me for my discharge was that my leave ended on May 21, 2024, and that I failed to return to work.

I believe I have been discriminated against due to my sex (Female), in violation of Title VII of Civil Rights Act of 1964, as amended. I believe I have been discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

| | |
|---|---|
| **Created by** | MAURICIO ORTIZ-CASTRO |
| **Posted** | 01/06/2025 08:16:50 |
| **Subject** | General |
| **Note** | PCP requested to be called by phone if unable to connect via teams as she has connectivity issues at times. |
| **Created by** | DONRENA FISHER |
| **Posted** | 12/09/2024 03:33:43 |
| **Subject** | Investigator Note |
| **Note** | On 12/9/2024, I confirmed with Mauricio that CP canceled her intake interview for 1:00 p.m. Mauricio confirmed that CP is no longer on the schedule and will remove her off my dashboard. |

**EEOC (Inquiry) Number: 450-2024-08986**

## INQUIRY INFORMATION

### INQUIRY OFFICE

**Receiving:** Los Angeles District Office

**Accountable:** Los Angeles District Office

### POTENTIAL  CHARGING  PARTY

**Name:** Tricia Sairie

**Address:** 1525 Yaggi Drive

FLOWER MOUND, TX 75028

**Year of Birth:**

**Email Address:** (b) (7)(C), (b) (6)

**Phone Number:** 760-658-1062

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Female

**Disabled?**

**Are you Hispanic or Latino?**

**Ethnicity:**

**National Origin:**

### RESPONDENT/Employer

**Organization Name:** Freedom Debt Relief/DBA Achieve

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:**  20 or more employees

**Primary Address:**  9252 GARDEN GROVE BLVD STE 23

GARDEN GROVE, CA 92844

**County:**

**Phone Number:**

**Work Address:** 1525 Yaggi Drive

FLOWER MOUND, TX 75028

**Remote Work:**

### RESPONDENT CONTACT

**Name:**

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

### REASON(S) FOR CLAIM

035

**Date of Incident (Approximate):** 06/20/2024

**Reason for Complaint:**  Sex (including pregnancy, sexual orientation and gender identity), Disability, Retaliation - I filed a charge of job discrimination about any of the above, Retaliation - I contacted a government agency to complain about job discrimination, Retaliation - I complained to my employer about job discrimination

**Pay Disparity:** No

**Location of Incident:** Texas

**Submission (initial inquiry) Date** 06/30/2024

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:**  450-2024-08986

**Claim previously filed as complaint with another Agency?** Yes

**Agency Name:** Labor Board

**Approximate Date of Filing:**  06/24/2024

**Nature of Complaint:** Achieve in collaboration With Lincoln Financial Group denied my FMLA when I had my doctor send Lincoln the physicians statement endorsing my disability from May 5th. The Labor Board told me to contact the EEOC to help with the unlawful termination and the harassments.


**ADVERSE ACTION(s)**

On 6/20/24 Achieve unlawfully terminated my employment when I was out on FMLA due to my disability. I have been diagnosed with Graves Disease. I made a complaint to Achieve in March to my bosses, Alexander Viera, & Linda Driscoll Lopez, about hi behavior towards me. Lex sexually harassed. I made a complaint to the Labor Board in California regarding the harassment and a wage matter that occurred when I 1st started in Linda's department. I went out on FMLA on 5/5/24 and was told that Lincoln Financial Group was handling my FMLA and that Achieve no longer would be handling my FMLA or Disability that Lincoln would be handling that. On 6/20/24 I was contacted by Royce Freeman w/Achieve HR and again the next day Royce told me by not reporting to him I have resigned which I have not resigned and was told by the LOA department of Achieve to only give any notification of my leave to Lincoln.


**APPOINTMENT**

   **Appointment Date and time:** 01/10/2025 10:00:00 PST

   **Interview Type:** Remote-Video


**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 04/16/2025

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

My employer stated in an email to me that they were not handling my disability and not to contact them regarding my disability but that I was supposed to be dealing with my short-term disability insurance company Lincoln Financial Group but then my employer told me that because I didn't contact them regarding my disability that I'm no longer employed by them.

### Was anyone in a similar situation treated the same, better, or worse than you?

Yes, I was retaliated against by my boss Alexander Viera for reporting him to Human Resources for discrimination against me because of my illness and disability because I was having trouble breathing when I was on the phone and even though I told him several times I was sick and was having breathing issues he wrote me up. I was diagnosed with Graves Disease. My boss also sexually harassed me by saying lude and sexual comments to me.HR did nothing about it and when I had to go on disability my employer terminated my employment.

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

I have emails that I sent to HR with my complaints. I sent my complaint twice once to Royce Freeman and again to Ms. Bell who is head of HR. Then when I went on disability I have an email from Jennifer Maine who stated that I am no supposed to be reporting my disability info to them, my employer and that I was to only be reporting to my disability insurance company and Royce Freeman was ccd in thus email but after that he sent ne an email stating since I didn't report to him I'm no longer an employee.  Royce was the one who was supposed to be handling my complaint with my boss. Royce is not in the department that handles my short-term disability.

### Please tell us any other information about your experience.

On 6/20/24 Freedom Debt Relief DBA/Achieve unlawfully terminated my employment when I was out on FMLA due to my disability. I have been diagnosed with Graves Disease. I made a complaint to Achieve in March to my bosses, Alexander Viera's, supervisor, Linda Driscoll Lopez, about Alexander's behavior towards me. Lex sexually harassed me during a call on his private cell. After that call Lex treated me differently. He started harassing me when I was sick. He complained that I was stalling in my speech in my calls to clients and I told him it is due to me being sick and I am having shortness of breath. I told Linda about the incident 3 times and she did nothing so I complained to HR twice and still nothing was done. I made a complaint to the Labor Board in California regarding the harassment and a wage matter that occurred when I 1st started in Linda's department. Achieve had changed the commission structure during my training after I signed the original agreement and I never signed the new commission structure but they were paying me and a lot of other people a lot less money and from the new commission structure. They have also changed their name and Freedom Debt Relief is under suspension from the SOS of California. I believe they are trying to claim bankruptcy. I went out on FMLA on 5/5/24 and was told that Lincoln Financial Group was handling my FMLA and that Achieve no longer would be handling my FMLA or Disability that Lincoln would be handling that. On 6/20/24 I was contacted by Royce Freeman w/Achieve who was supposed to be handling my harassment complaint and he told me that I was supposed to report to him and I told him he was not handling my FMLA that Lincoln Financial was. Royce said he would reach out to Lincoln and find out. Royce is not supposed to be talking to Lincoln. Then the next day Royce told me by not reporting to him I have resigned which I have not resigned and was told by the LOA department of Achieve to only give any notification of my leave to Lincoln. In addition Lincoln kept stalling to give me my FMLA and then denied it after Royce terminated my employment. I kept going back and forth with Lincoln and they still haven't approved my disability nor any money so it's been 2 months and no money has come in. Achieve also canceled my medical with Aetna so I have no way to go to the doctor or get better. I have been diagnosed with Graves Disease and am in danger of having a heart attack. I believe Achieve and Lincoln Financial colluded to deny my leave and retaliated against me and terminated my employment to hide the harassment and retaliation.  Please help. Sincerely Tricia Sairie.

EEOC No. 450-2024-08986 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 450-2024-08986 |
| California Civil Rights Department | |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Tricia Sairie

Phone No.:          760-658-1062
Year of Birth:      1964
Mailing Address: 1525 Yaggi Drive
FLOWER MOUND, TX 75028

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Freedom Debt Relief/DBA Achieve
No. Employees, Members:
Phone No.:
Mailing Address: 9252 GARDEN GROVE BLVD STE 23
GARDEN GROVE, CA 92844, UNITED STATES OF AMERICA
Name:
No. Employees, Members:
Phone No.:
Mailing Address:

DISCRIMINATION BASED ON:

Disability, Sex

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01/12/2024
Latest: 06/20/2024

THE PARTICULARS ARE:

Around February 2022, I was hired by Freedom Debt Relief, as a Loan Consultant. Around November 2023, I was promoted to my most recent position, Debt Consultant. On or about January 12, 2024, I was subjected to sexual harassment by my direct supervisor, Alexander Viera, to include but not limited to: telling me that his wife does not care if he has a mistress; and telling me about sexual exploits with women at his former job. On or about May 4, 2024, I emailed the Leave of Absence department, a doctor's note requesting a reasonable accommodation due to my disability, to take leave until May 21, 2024. I was directed to only contact Lincoln Financial, a third-party consultant who handles disability accommodations. On or about May 21, 2024, I submitted a doctor's letter to Lincoln Financial extending my leave to July 3, 2024. On or about June 20, 2024, I got an email from Royce Freeman, Human Resources Representative, stating that I had resigned.


No reason was given to me for the sexual harassment. No reason was given to me for denying my reasonable accommodation. The reason given to me for my discharge was that my leave ended on May 21, 2024, and that I failed to return to work.

EEOC No. 450-2024-08986 | FEPA No.

I believe I have been discriminated against due to my sex (Female), in violation of Title VII of Civil Rights Act of 1964, as amended. I believe I have been discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.


Digitally Signed By: Tricia Sairie

01/10/2025
_____

Charging Party Signature & Date



If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.


I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.


_____

Notarized Signature of Charging Party


Subscribed and sworn to before me this date:




Signature of Notary_____

Printed Name  _____

## CP ENCLOSURE WITH EEOC FORM 5 (06/24)

### PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Los Angeles District Office**
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## <u>NOTICE OF CHARGE OF DISCRIMINATION</u>

### (This Notice replaces EEOC FORM 131)

01/19/2025

**To:**  Freedom Debt Relief/DBA Achieve
9252 GARDEN GROVE BLVD STE 23

GARDEN GROVE, CA 92844, UNITED STATES OF AMERICA

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Tricia Sairie under: The Americans With Disabilities Act of 1990 (ADA), Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on Disability, Sex, and involve issues of Reasonable Accommodation, Sexual Harassment, Discharge that are alleged to have occurred on or about 06/20/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The charge is available for you to download from the EEOC Respondent Portal, the EEOC's secure online system.

Please follow these instructions to view the charge within ten (10) days of receiving this Notice:

1. Access the EEOC's secured online system at https://arc.eeoc.gov/rsp/login.jsf
2. Enter this EEOC Charge No.: 450-2024-08986
3. Enter this password: (b) (7)(C), (b) (6)

Once you log into the system, you can view and download the charge, and electronically submit documents to EEOC, including a position statement. The system will also advise you of possible actions or responses and identify your EEOC point of contact for this charge.

The EEOC encourages you to raise in your position statement any factual or legal defenses that you believe are applicable. The EEOC carefully evaluates any asserted defenses, including those based on religion, status as a Tribal entity or bona fide private membership club, or other defenses at any time during the EEOC's administrative process.

If you are unable to log into the EEOC Respondent Portal or have any questions regarding it, you may send an email to LADOACT@eeoc.gov.

**<u>Preservation of Records Requirement When a Charge has Been Filed</u>**

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

**<u>Non-Retaliation Requirements</u>**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

**<u>Legal Representation</u>**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

043



**U.S. Equal Employment Opportunity Commission**

## FEDERAL INVESTIGATION:
## REQUEST FOR POSITION STATEMENT
## AND SUPPORTING DOCUMENTARY EVIDENCE

The EEOC hereby requests that your organization submit within 30 days a Position Statement setting forth all facts which pertain to the allegations in the charge of discrimination under investigation, as well as any other facts which you deem relevant for the EEOC's consideration of the Charging Party's allegations and any defenses you decide to raise.

We recommend you review the EEOC's resource guide on "Effective Position Statements" as you prepare your response to this request.

**Fact-Based Position Statement**

This is your opportunity to raise any and all defenses, legal or factual, in response to each of the allegations of the charge.  The position statement should set forth all of the facts relevant to respond to the allegations in the charge, as well as any other facts the Respondent deems pertinent to the EEOC's consideration. The position statement should only refer to, but not identify, information that the Respondent asserts is sensitive medical information, or confidential commercial or financial information.

The EEOC encourages you to raise in your position statement any factual or legal defenses that you believe are applicable. The EEOC carefully evaluates any asserted defenses, including those based on religion, status as a Tribal entity or bona fide private membership club, or other defenses at any time during the EEOC's administrative process.

The EEOC also requests that you submit all evidence, including documents, that you believe is responsive to the allegations of the charge or supports any defenses you have raised. If you submit only arguments, unsupported by evidence, the EEOC may conclude that Respondent has no evidence to support its defense to the allegations of the charge.

The EEOC may release your position statement and non-confidential attachments to the Charging Party and their representative and allow them to respond to enable the EEOC to assess the credibility of the information provided by both parties. It is in the Respondent's interest to provide an effective position statement that focuses on the facts and any defenses you have asserted. The EEOC will not release the Charging Party's response, if any, to the Respondent.

If no response is received to this request, the EEOC may proceed directly to a determination on the merits of the charge based on the information at its disposal.

**Signed by an Authorized Representative**

The Position Statement should be signed by an officer, agent, or representative of Respondent authorized to speak officially on its behalf in this federal investigation.

**Segregate Confidential Information into Separately Designated Attachments**

044

If you rely on confidential medical or commercial information in the position statement, you should provide such information in separate attachments to the position statement labeled "Sensitive Medical Information," "Confidential Commercial or Financial Information," or "Trade Secret Information" as applicable. Provide an explanation justifying the confidential nature of the information contained in the attachments. Medical information about the Charging Party is not sensitive or confidential medical information in relation to the EEOC's investigation.

Segregate the following information into separate attachments and designate them as follows:

a. Sensitive medical information, except the Charging Party's medical information

b. Social Security Numbers

c. Confidential commercial or financial information

d. Trade secrets information

e. Non-relevant personally identifiable information of witnesses, comparators or third parties, for example, social security numbers, dates of birth in non-age cases, home addresses, personal phone numbers and email addresses, etc.

f. Any reference to charges filed against the Respondent by other charging parties

## Requests for an Extension

If Respondent believes it requires additional time to respond, it must, at the *earliest possible time* in advance of the due date, make a written request for extension, explain why an extension is necessary, and specify the amount of additional time needed to reply.  Submitting a written request for extension of time does not automatically extend the deadline for providing the position statement.

## Upload the Position Statement and Attachments into the Respondent Portal

You can upload your position statement and attachments into the Respondent Portal using the **+ Upload Documents** button. Select the "Position Statement" Document Type and click the **Save Upload** button to send the Position Statement and attachments to EEOC. Once the Position Statement has been submitted,

you will not be able to retract it via the Portal.

045



**U.S. Equal Employment Opportunity Commission**
**Los Angeles District Office**
255 East Temple St 4th Floor
Los Angeles, CA 90012
(213) 785-3090

Dear Small Business Manager:

The Equal Employment Opportunity Commission (EEOC) is the federal agency with primary responsibility for enforcing our nation's equal employment opportunity (EEO) laws. The laws we enforce prohibit job discrimination based on race, color, religion, sex (including on the basis of pregnancy, gender identity, or sexual orientation), pregnancy (including pregnancy accommodations), national origin, age (40 or older), disability, retaliation and genetic information.

The attached Fact Sheet provides an overview of the EEOC's procedures from the time a charge of employment discrimination is filed to the point that it is resolved.

We encourage you to visit our online Small Business Resource Center, which provides a wealth of information designed to help small businesses. We offer tips and short videos on key employment topics including what to do when you receive a charge of discrimination.

In most cases, as our first step in processing a charge, we offer mediation as a neutral, voluntary and confidential way to achieve a mutually satisfactory resolution for all parties. Seventy-five percent of charges that are mediated are successfully resolved. In an independent study, 96% of employers who tried the EEOC's mediation program said they would use it again if the need arose.

In addition to the EEOC representative identified on the Notice of Charge of Discrimination, each of our district offices has a Small Business Liaison to provide technical assistance and help employers resolve questions about the laws we enforce, our mediation program, and the charge process. You can find the names and contact information of our Small Business Liaisons on our web site.

We encourage you to contact the Small Business Liaison in your area to answer any questions you may have and assure you that any inquiry or request for information will not adversely affect the investigation of the charge that has been filed.

Sincerely,

U.S. Equal Employment Opportunity Commission

046

***Find the Answers at EEOC's Small Business Resource Center***

The EEOC's Small Business Resource Center | U.S. Equal Employment Opportunity Commission (eeoc.gov) (http://www.eeoc.gov/employers/small-business) is filled with useful information for small businesses and can connect you with EEOC staff in your area who can help you.

- *Have a question? Need training for your staff or one-on-one assistance?*

  To request information about the EEOC, training on federal employment discrimination laws or an explanation of the charge process, contact your local EEOC Small Business Liaison. We are here to help.

- *Want quick information online?*

  The EEOC's Small Business Liaisons have created videos with the small business owner in mind and the simple straightforward information that you need most. For example, you may need to know what questions you shouldn't ask in a job interview, and other tips for the hiring process.

  Also see our Frequently Asked Questions.

- *Need an employment policy or practical tips on preventing job discrimination?*

  See 10 Quick Tips for Small Business.

- *Need to know more about EEOC's charge process?*

  We have a video on Responding to a Charge of Discrimination.

- *What is mediation?*

  The EEOC's mediation program offers a free, voluntary, confidential and informal resolution process for many charges of discrimination. Mediations are conducted by a neutral mediator. If mediation is successful, there is no investigation.

- *Want information about a specific topic?*

  Our Resources page explains the types of employment discrimination covered by the EEOC's laws as well as the legal requirements you need to know.

  We can also direct you to other federal agencies for information on issues such as minimum wage and overtime pay or family and medical leave. The Resources page gives a link to small business assistance from the SBA and provides information on the Small Business Regulatory Enforcement Fairness Act (SBREFA), which allows small businesses to comment on federal agency enforcement actions to the SBA Ombudsman.

You can order our Publications online free of charge or print them for use. You can also order the EEOC's poster, "EEO Is The Law," here.

**For more information and assistance call the EEOC toll-free at 1-800-669-4000 or use our sign language access line at 1-844-234-5122 (ASL Video Phone and Hard of Hearing callers only.)**

047



**U.S. Equal Employment Opportunity Commission**
**<u>Notification & Acknowledgement of Dual-Filed Charge</u>**

(This Notice replaces EEOC FORM 212-A)

01/11/2025

EEOC Number: 450-2024-08986

FEPA Number:

This is notice that a charge of employment discrimination, Tricia Sairie v. Freedom Debt Relief/DBA Achieve was initially received by Los Angeles District Office on 01/10/2025 and will be dual-filed with California Civil Rights Department.

Pursuant to the worksharing agreement, the Los Angeles District Office intends to Investigate Charge.

The California Civil Rights Department acknowledges receipt of the referenced charge, Tricia Sairie v. Freedom Debt Relief/DBA Achieve, and intends to Defer Investigation.

| | |
|---|---|
| Issued by: | Issued on: |
| Los Angeles District Office | 01/11/2025 |
| | |
| Acknowledged by: | Acknowledged on: |
| California Civil Rights Department | 01/11/2025 |

048

EEOC No. 450-2024-08986 | FEPA No.

# Amended Charge of Discrimination

Form 5 (06/24)

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency Charge No. |
|---|---|
| EEOC | 450-2024-08986 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Tricia Sairie

Phone No.:         (760) 658-1062

Year of Birth:      1964

Mailing Address: 1106 Second Street #646

ENCINITAS, CA 92024

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Freedom Debt Relief/DBA Achieve

No. Employees, Members: 15 - 100 Employees

Phone No.:

Mailing Address: 1875 S Grant Street  #400

San Mateo, CA 94402, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

## Discrimination Based On:

Disability, Sex

## Date(s) Discrimination Took Place

Earliest: 01/12/2024

Latest: 06/20/2024

## The Particulars Are:

Around February 2022, I was hired by Freedom Debt Relief, as a Loan Consultant. Around November 2023, I was promoted to my most recent position, Debt Consultant. On or about January 12, 2024, I was subjected to sexual harassment by my direct supervisor, Alexander Viera, to include but not limited to: telling me that his wife does not care if he has a mistress; and telling me about sexual exploits with women at his former job. On or about May 4, 2024, I emailed the Leave of Absence department, a doctor's note requesting a reasonable accommodation due to my disability, to take leave until May 21, 2024. I was directed to only contact Lincoln Financial, a third-party consultant who handles disability accommodations. On or about May 21, 2024, I submitted a doctor's letter to Lincoln Financial extending my leave to July 3, 2024. On or about June 20, 2024, I got an email from Royce Freeman, Human Resources Representative, stating that I had resigned.

No reason was given to me for the sexual harassment. No reason was given to me for denying my reasonable accommodation. The reason given to me for my discharge was that my leave ended on May 21, 2024, and that I failed to return to work.

I believe I have been discriminated against due to my sex, Female, in violation of Title VII of Civil Rights Act of 1964, as amended. I believe I have been discriminated against due to my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Tricia Sairie

02/23/2025
_____

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

_____

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary_____

Printed Name  _____

## CP Enclosure with EEOC Form 5 (06/24)

### Privacy Act Statement

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **Form Number/Title/Date.** EEOC Form 5, Charge of Discrimination (10/24).

2. **Authority.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **Principal Purposes.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **Routine Uses.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **Whether Disclosure is Mandatory; Effect of Not Giving Information.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### Notice of Right to Request Substantial Weight Review

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### Notice of Non-Retaliation Requirements

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



**U.S. Equal Employment Opportunity Commission**
**Los Angeles District Office**
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090

## NOTICE OF AMENDED CHARGE OF DISCRIMINATION

(This Notice replaces EEOC FORM 131)

02/23/2025

**To:** Thomas Stanek
Attorney
Ogletree Deakins
2415 E CAMELBACK RD STE 800

Phoenix, AZ 85016

This is notice that a charge of employment discrimination has been filed with the EEOC against your organization by Tricia Sairie under: The Americans With Disabilities Act of 1990 (ADA), Title VII of the Civil Rights Act of 1964 (Title VII). The circumstances of the alleged discrimination are based on Disability, Sex, and involve issues of Reasonable Accommodation, Sexual Harassment, Discharge that are alleged to have occurred on or about 06/20/2024.

The Digital Charge System makes investigations and communications with charging parties and respondents more efficient by digitizing charge documents. The amended charge is available for you to download from the EEOC Respondent Portal, EEOC's secure online system.

Please visit the EEOC Respondent Portal (https://arc.eeoc.gov/rsp/login.jsf) to view the amended charge within ten (10) days of receiving this Notice. Once you log into the Portal, you can view and download the amended charge, and electronically submit documents to EEOC. The Portal will also advise you of possible actions or responses and identify your EEOC point of contact for this amended charge.

052

**Preservation of Records Requirement When a Charge has Been Filed**

The EEOC regulations require respondents to preserve all payroll and personnel records relevant to the charge until final disposition of the charge or litigation. 29 CFR §1602.14. For more information on your obligation to preserve records, see https://www.eeoc.gov/employers/recordkeeping-requirements.

**Non-Retaliation Requirements**

The laws enforced by the EEOC prohibit retaliation against any individual because s/he has filed a charge, testified, assisted or participated in an investigation, proceeding or hearing under these laws. Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify the EEOC if any attempt at retaliation is made. For more information, see http://www.eeoc.gov/laws/types/facts-retal.cfm.

**Legal Representation**

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you. If you do retain an attorney, please provide the attorney's contact information when you log in to the online system.

Please retain this notice for your records.

053



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Los Angeles District Office**
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

# <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/25/2025

**To:** Tricia Sairie
1106 Second Street #646
ENCINITAS, CA 92024
Charge No: 450-2024-08986

EEOC Representative and email:    BRANDON MANCIA
Federal Investigator
brandon.mancia@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 450-2024-08986.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
02/25/2025

Christine Park-Gonzalez
District Director

054

**Cc:**
Thomas Stanek
Ogletree Deakins
2415 E CAMELBACK RD STE 800
Phoenix, AZ 85016

1106 Second Street, #646
Encinitas, CA 92024

Morgan Fingleton
Ogletree Deakins
2415 E. Camelback Road Suite 800
Phoenix, AZ 85016

Thomas Stanek
Ogletree Deakins
2415 E. Camelback Rd. Suite 800
Phoenix, AZ 85016

Please retain this notice for your records.

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 450-2024-08986 to the

056

District Director at Christine Park-Gonzalez, 255 East Temple St 4th Floor, Los Angeles, CA 90012.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 450-2024-08986 to the District Director at Christine Park-Gonzalez, 255 East Temple St 4th Floor, Los Angeles, CA 90012.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)**

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system**.**

- **Only one** major life activity need be substantially limited.

- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

057

**are not considered** in determining if the impairment substantially limits a major life activity.

 An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or "**in remission**" (e.g., cancer) is a disability if it **would be substantially limiting when active**.

 An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

 "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

 The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

 A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

**Note:** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

058

# KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | GARRETT HOOVER |
| **Sent:** | Wednesday, February 19, 2025 12:25 PM |
| **To:** | Tricia Sairie |
| **Cc:** | PATRICIA KANE |
| **Subject:** | RE: EEOC Case 450-2024-08986 |
| **Attachments:** | 450-2024-08986 Amended Charge of Discrimination-Draft.pdf |

Dear Tricia Sairie,

We have heard a report that as of yesterday afternoon, some individuals had a timeout issue when attempting to log into the EEOC Public Portal, https://publicportal.eeoc.gov. For Public Portal website technical support, please provide your case number and a brief description of the issue by email digitalsupport@eeoc.gov or calling 1-(800) 569-7118. Please note that if you use a VPN service, you nay need to disable that when attempting to log into the Public Portal.

In looking at the status of the case, there is a draft amended charge to correct the named State/Local Agency on the face of the Charge document that was generated and is pending signature. This is done to ensure that the charge is dually-filed with the applicable state or local agency and preserves your rights under appliable state statutes. In case you're unable to digitally sign and file the draft amended charge through the EEOC Public Portal, I have attached a copy of the PDF version of the draft amended charge, which you can sign and date, where indicated.  Please note that Notarization is not required. Additionally for your information, we can accept certified digital signatures on this document if the electronic signature clearly identifies that it is a digital signature (as done by DocuSign, Adobe Sign with Certificate, or similar tools); however, we cannot accept a typed name in place of a signature. The signed charge can be submitted by scan/photo attachment of the full, signed document in an email to my attention, by fax to 213-894-1118, or submitted by US Mail. Once received, we can issue the right to sue notice without delay.

If you have any questions, please let me know.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical
Information Unit*
**EEOC** Los Angeles District Office
**phone:** 213.785.3001
**fax:** 213.894.1118
**address:** 255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
**email:** garrett.hoover@eeoc.gov
**website:** www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this*

059

*communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213)
785-3001 and destroy all copies of the original message and attachments.*

---

**From:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Sent:** Tuesday, February 18, 2025 5:27 PM
**To:** Tricia Sairie (b) (7)(C), (b) (6)
**Cc:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Subject:** RE: EEOC Case 450-2024-08986

Hello,

I have included Garrett Hoover in this response.  He is our Intake Supervisor and should be able to assist you.

---

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Tuesday, February 18, 2025 4:35 PM
**To:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** EEOC Case 450-2024-08986

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when
> clicking on links and responding with sensitive information. Forward suspicious emails to
> phishing@eeoc.gov.

Hello Ms. Kane, I wanted to inform you that I'm having trouble signing on to the portal.  It keeps timing out
on me.

Sincerely,

Tricia Sairie

060

## KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | Tricia Sairie (b) (7)(C), (b) (6) |
| **Sent:** | Wednesday, February 19, 2025 1:49 PM |
| **To:** | GARRETT HOOVER |
| **Cc:** | PATRICIA KANE |
| **Subject:** | Re: EEOC Case 450-2024-08986 |

That makes no sense to me. Texas sent the case file to you, The Los Angeles office in California. If the Texas Work Force Commission wanted my case they wouldn't have sent it to you. Take it off immediately.


Tricia Sairie

On Wed, Feb 19, 2025, 12:25 PM GARRETT HOOVER <GARRETT.HOOVER@eeoc.gov> wrote:

Dear Tricia Sairie,

We have heard a report that as of yesterday afternoon, some individuals had a timeout issue when attempting to log into the EEOC Public Portal, https://publicportal.eeoc.gov. For Public Portal website technical support, please provide your case number and a brief description of the issue by email digitalsupport@eeoc.gov or calling 1-(800) 569-7118. Please note that if you use a VPN service, you nay need to disable that when attempting to log into the Public Portal.


In looking at the status of the case, there is a draft amended charge to correct the named State/Local Agency on the face of the Charge document that was generated and is pending signature. This is done to ensure that the charge is dually-filed with the applicable state or local agency and preserves your rights under appliable state statutes. In case you're unable to digitally sign and file the draft amended charge through the EEOC Public Portal, I have attached a copy of the PDF version of the draft amended charge, which you can sign and date, where indicated. Please note that Notarization is not required. Additionally for your information, we can accept certified digital signatures on this document if the electronic signature clearly identifies that it is a digital signature (as done by DocuSign, Adobe Sign with Certificate, or similar tools); however, we cannot accept a typed name in place of a signature. The signed charge can be submitted by scan/photo attachment of the full, signed document in an email to my attention, by fax to 213-894-1118, or submitted by US Mail. Once received, we can issue the right to sue notice without delay.


If you have any questions, please let me know.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical
Information Unit*
**EEOC** Los Angeles District Office
phone: 213.785.3001
fax:   213.894.1118
address:255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
email:   garrett.hoover@eeoc.gov
website: www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information
protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are
not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this
communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213)
785-3001 and destroy all copies of the original message and attachments.*

**From:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Sent:** Tuesday, February 18, 2025 5:27 PM
**To:** Tricia Sairie (b) (7)(C), (b) (6)
**Cc:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Subject:** RE: EEOC Case 450-2024-08986

Hello,

I have included Garrett Hoover in this response.  He is our Intake Supervisor and should be able to assist you.

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Tuesday, February 18, 2025 4:35 PM
**To:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** EEOC Case 450-2024-08986

062

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hello Ms. Kane, I wanted to inform you that I'm having trouble signing on to the portal.  It keeps timing out on me.

Sincerely,

Tricia Sairie

063

## KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | GARRETT HOOVER |
| **Sent:** | Wednesday, February 19, 2025 2:10 PM |
| **To:** | Tricia Sairie |
| **Cc:** | PATRICIA KANE |
| **Subject:** | RE: EEOC Case 450-2024-08986 |
| **Attachments:** | 450-2024-08986 Amended Charge of Discrimination-Rev.Draft.pdf |

Good afternoon,
Our records indicate that at the time the initial inquiry was created through the EEOC Public Portal on June 30, 2024, the inquiry was assigned to the EEOC Los Angeles District Office. At the time an intake interview was scheduled through the EEOC Public Portal on July 16, 2024, the system had an option for a user to select if they wished to have their intake interview completed by the EEOC office that was closest to the address for the person filing the claim, or the EEOC office that was closest to the listed employer. An interview was scheduled with the EEOC Los Angeles District Office. This process did not include a specific jurisdiction review. When the draft charge was created following the January 10, 2025, intake interview, the deferral office that normally applies to allegations of employment that occurred in California was selected in error. The inquiry you submitted indicated your employment occurred in Texas; therefore, the state laws that would appear to apply for the purposes of dual filing would be the Texas Workforce Commission Civil Rights Division.

I have attached a revised draft which removes reference to a State/Local Office. A copy will also be available in the EEOC Public Portal if you wish to digitally sign and file the revised amended charge.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical Information Unit*
**EEOC** Los Angeles District Office
phone: 213.785.3001
fax:      213.894.1118
address:255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
email:   garrett.hoover@eeoc.gov
website: www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213) 785-3001 and destroy all copies of the original message and attachments.*

064

**From:** Tricia Sairie ■(b) (7)(C), (b) (6)■
**Sent:** Wednesday, February 19, 2025 1:49 PM
**To:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Cc:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-08986

That makes no sense to me.  Texas sent the case file to you, The Los Angeles office in California. If the Texas Work Force Commission wanted my case they wouldn't have sent it to you.  Take it off immediately.

Tricia Sairie

On Wed, Feb 19, 2025, 12:25 PM GARRETT HOOVER <GARRETT.HOOVER@eeoc.gov> wrote:

Dear Tricia Sairie,

We have heard a report that as of yesterday afternoon, some individuals had a timeout issue when attempting to log into the EEOC Public Portal, https://publicportal.eeoc.gov. For Public Portal website technical support, please provide your case number and a brief description of the issue by email digitalsupport@eeoc.gov or calling 1-(800) 569-7118. Please note that if you use a VPN service, you nay need to disable that when attempting to log into the Public Portal.

In looking at the status of the case, there is a draft amended charge to correct the named State/Local Agency on the face of the Charge document that was generated and is pending signature. This is done to ensure that the charge is dually-filed with the applicable state or local agency and preserves your rights under appliable state statutes. In case you're unable to digitally sign and file the draft amended charge through the EEOC Public Portal,  I have attached a copy of the PDF version of the draft amended charge, which you can sign and date, where indicated.  Please note that Notarization is not required. Additionally for your information, we can accept certified digital signatures on this document if the electronic signature clearly identifies that it is a digital signature (as done by DocuSign, Adobe Sign with Certificate, or similar tools); however, we cannot accept a typed name in place of a signature. The signed charge can be submitted by scan/photo attachment of the full, signed document in an email to my attention, by fax to 213-894-1118, or submitted by US Mail. Once received, we can issue the right to sue notice without delay.

If you have any questions, please let me know.

Sincerely,

065

**Garrett Hoover**

*Supervisor, Charge Receipt/ Technical
Information Unit*
**EEOC** Los Angeles District Office
phone:  213.785.3001
fax:        213.894.1118
address:255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
email:    garrett.hoover@eeoc.gov
website: www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information
protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are
not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this
communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213)
785-3001 and destroy all copies of the original message and attachments.*

**From:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Sent:** Tuesday, February 18, 2025 5:27 PM
**To:** Tricia Sairie (b) (7)(C), (b) (6)
**Cc:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Subject:** RE: EEOC Case 450-2024-08986

Hello,

I have included Garrett Hoover in this response.  He is our Intake Supervisor and should be able to assist you.

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Tuesday, February 18, 2025 4:35 PM
**To:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** EEOC Case 450-2024-08986

066

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hello Ms. Kane, I wanted to inform you that I'm having trouble signing on to the portal.  It keeps timing out on me.

Sincerely,

Tricia Sairie

## KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | Tricia Sairie (b) (7)(C), (b) (6) |
| **Sent:** | Wednesday, February 19, 2025 2:16 PM |
| **To:** | GARRETT HOOVER |
| **Subject:** | Re: EEOC Case 450-2024-08986 |

That is NOT true! The portal gave me no other option but Los Angeles. Period

Tricia Sairie

On Wed, Feb 19, 2025, 2:10 PM GARRETT HOOVER <GARRETT.HOOVER@eeoc.gov> wrote:

Good afternoon,

Our records indicate that at the time the initial inquiry was created through the EEOC Public Portal on June 30, 2024, the inquiry was assigned to the EEOC Los Angeles District Office. At the time an intake interview was scheduled through the EEOC Public Portal on July 16, 2024, the system had an option for a user to select if they wished to have their intake interview completed by the EEOC office that was closest to the address for the person filing the claim, or the EEOC office that was closest to the listed employer. An interview was scheduled with the EEOC Los Angeles District Office. This process did not include a specific jurisdiction review. When the draft charge was created following the January 10, 2025, intake interview, the deferral office that normally applies to allegations of employment that occurred in California was selected in error. The inquiry you submitted indicated your employment occurred in Texas; therefore, the state laws that would appear to apply for the purposes of dual filing would be the Texas Workforce Commission Civil Rights Division.

I have attached a revised draft which removes reference to a State/Local Office. A copy will also be available in the EEOC Public Portal if you wish to digitally sign and file the revised amended charge.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical Information Unit*
**EEOC** Los Angeles District Office
phone:  213.785.3001
fax:       213.894.1118
address:255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
email:   garrett.hoover@eeoc.gov
website: www.eeoc.gov

1

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213) 785-3001 and destroy all copies of the original message and attachments.*

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Wednesday, February 19, 2025 1:49 PM
**To:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Cc:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-08986

That makes no sense to me. Texas sent the case file to you, The Los Angeles office in California. If the Texas Work Force Commission wanted my case they wouldn't have sent it to you. Take it off immediately.

Tricia Sairie

On Wed, Feb 19, 2025, 12:25 PM GARRETT HOOVER <GARRETT.HOOVER@eeoc.gov> wrote:

Dear Tricia Sairie,

We have heard a report that as of yesterday afternoon, some individuals had a timeout issue when attempting to log into the EEOC Public Portal, https://publicportal.eeoc.gov. For Public Portal website technical support, please provide your case number and a brief description of the issue by email digitalsupport@eeoc.gov or calling 1-(800) 569-7118. Please note that if you use a VPN service, you nay need to disable that when attempting to log into the Public Portal.

069

In looking at the status of the case, there is a draft amended charge to correct the named State/Local Agency on the face of the Charge document that was generated and is pending signature. This is done to ensure that the charge is dually-filed with the applicable state or local agency and preserves your rights under appliable state statutes. In case you're unable to digitally sign and file the draft amended charge through the EEOC Public Portal, I have attached a copy of the PDF version of the draft amended charge, which you can sign and date, where indicated. Please note that Notarization is not required. Additionally for your information, we can accept certified digital signatures on this document if the electronic signature clearly identifies that it is a digital signature (as done by DocuSign, Adobe Sign with Certificate, or similar tools); however, we cannot accept a typed name in place of a signature. The signed charge can be submitted by scan/photo attachment of the full, signed document in an email to my attention, by fax to 213-894-1118, or submitted by US Mail. Once received, we can issue the right to sue notice without delay.

If you have any questions, please let me know.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/Technical Information Unit*
**EEOC** Los Angeles District Office
phone:  213.785.3001
fax:      213.894.1118
address:255 E. Temple Street, 4th Floor

            Los Angeles, CA 90012
email:    garrett.hoover@eeoc.gov
website:www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213) 785-3001 and destroy all copies of the original message and attachments.*

**From:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Sent:** Tuesday, February 18, 2025 5:27 PM
**To:** Tricia Sairie (b) (7)(C), (b) (6)

070

**Cc:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Subject:** RE: EEOC Case 450-2024-08986

Hello,

I have included Garrett Hoover in this response.  He is our Intake Supervisor and should be able to assist you.

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Tuesday, February 18, 2025 4:35 PM
**To:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** EEOC Case 450-2024-08986

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hello Ms. Kane, I wanted to inform you that I'm having trouble signing on to the portal.  It keeps timing out on me.

Sincerely,

Tricia Sairie

## KATHLEEN GILLIAM

**From:** GARRETT HOOVER
**Sent:** Wednesday, February 19, 2025 5:33 PM
**To:** Tricia Sairie
**Subject:** RE: EEOC Case 450-2024-08986

Dear Tricia Sairie,

I'm aware that the feature I described existed at the time, but cannot speak to what you saw specifically. At this stage, we can complete the processing with a charge that identifies a State/Local Agency for the purpose of dual filing – either the charge document as filed that identifies California Civil Rights Department, or the corrected agency, Texas Workforce Commission Civil Rights Division. Or the most recent version provided which does not list any such agency, which would mean that your EEOC charge would not be dually filed with any state agency.

If you have any further questions, please let me know.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical Information Unit*
**EEOC** Los Angeles District Office
phone:  213.785.3001
fax:      213.894.1118
address: 255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
email:   garrett.hoover@eeoc.gov
website: www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213) 785-3001 and destroy all copies of the original message and attachments.*

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Wednesday, February 19, 2025 2:16 PM
**To:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-08986

That is NOT true! The portal gave me no other option but Los Angeles. Period

1

072

Tricia Sairie

On Wed, Feb 19, 2025, 2:10 PM GARRETT HOOVER <GARRETT.HOOVER@eeoc.gov> wrote:

Good afternoon,

Our records indicate that at the time the initial inquiry was created through the EEOC Public Portal on June 30, 2024, the inquiry was assigned to the EEOC Los Angeles District Office. At the time an intake interview was scheduled through the EEOC Public Portal on July 16, 2024, the system had an option for a user to select if they wished to have their intake interview completed by the EEOC office that was closest to the address for the person filing the claim, or the EEOC office that was closest to the listed employer. An interview was scheduled with the EEOC Los Angeles District Office. This process did not include a specific jurisdiction review. When the draft charge was created following the January 10, 2025, intake interview, the deferral office that normally applies to allegations of employment that occurred in California was selected in error. The inquiry you submitted indicated your employment occurred in Texas; therefore, the state laws that would appear to apply for the purposes of dual filing would be the Texas Workforce Commission Civil Rights Division.

I have attached a revised draft which removes reference to a State/Local Office. A copy will also be available in the EEOC Public Portal if you wish to digitally sign and file the revised amended charge.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical Information Unit*
**EEOC** Los Angeles District Office
phone:  213.785.3001
fax:    213.894.1118
address:255 E. Temple Street, 4th Floor

             Los Angeles, CA 90012
email:  garrett.hoover@eeoc.gov
website:www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213) 785-3001 and destroy all copies of the original message and attachments.*

073

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Wednesday, February 19, 2025 1:49 PM
**To:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Cc:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-08986

That makes no sense to me. Texas sent the case file to you, The Los Angeles office in California. If the Texas Work Force Commission wanted my case they wouldn't have sent it to you. Take it off immediately.

Tricia Sairie

On Wed, Feb 19, 2025, 12:25 PM GARRETT HOOVER <GARRETT.HOOVER@eeoc.gov> wrote:

Dear Tricia Sairie,

We have heard a report that as of yesterday afternoon, some individuals had a timeout issue when attempting to log into the EEOC Public Portal, https://publicportal.eeoc.gov. For Public Portal website technical support, please provide your case number and a brief description of the issue by email digitalsupport@eeoc.gov or calling 1-(800) 569-7118. Please note that if you use a VPN service, you nay need to disable that when attempting to log into the Public Portal.

In looking at the status of the case, there is a draft amended charge to correct the named State/Local Agency on the face of the Charge document that was generated and is pending signature. This is done to ensure that the charge is dually-filed with the applicable state or local agency and preserves your rights under appliable state statutes. In case you're unable to digitally sign and file the draft amended charge through the EEOC Public Portal, I have attached a copy of the PDF version of the draft amended charge, which you can sign and date, where indicated. Please note that Notarization is not required. Additionally for your information, we can accept certified digital signatures on this document if the electronic signature clearly identifies that it is a digital signature (as done by DocuSign, Adobe Sign with Certificate, or similar tools); however, we cannot accept a typed name in place of a signature. The signed charge can be submitted by scan/photo attachment of the full, signed document in an email to my attention, by fax to 213-894-1118, or submitted by US Mail. Once received, we can issue the right to sue notice without delay.

If you have any questions, please let me know.

Sincerely,



**Garrett Hoover**
*Supervisor, Charge Receipt/ Technical Information Unit*
**EEOC** Los Angeles District Office
phone:  213.785.3001
fax:      213.894.1118
address:255 E. Temple Street, 4th Floor

Los Angeles, CA 90012
email:    garrett.hoover@eeoc.gov
website: www.eeoc.gov

*Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact (213) 785-3001 and destroy all copies of the original message and attachments.*

**From:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Sent:** Tuesday, February 18, 2025 5:27 PM
**To:** Tricia Sairie (b) (7)(C), (b) (6)
**Cc:** GARRETT HOOVER <GARRETT.HOOVER@EEOC.GOV>
**Subject:** RE: EEOC Case 450-2024-08986

Hello,

I have included Garrett Hoover in this response.  He is our Intake Supervisor and should be able to assist you.

075

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Tuesday, February 18, 2025 4:35 PM
**To:** PATRICIA KANE <PATRICIA.KANE@EEOC.GOV>
**Subject:** EEOC Case 450-2024-08986

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hello Ms. Kane, I wanted to inform you that I'm having trouble signing on to the portal.  It keeps timing out on me.

Sincerely,

Tricia Sairie

076

# KATHLEEN GILLIAM

| | |
|---|---|
| **From:** | JACQUELINE OLIVAS |
| **Sent:** | Tuesday, February 4, 2025 4:44 PM |
| **To:** | (b) (7)(C), (b) (6) |
| **Subject:** | EEOC No. 450-2024-08986 |

Hello,

I am in receipt of your correspondence and concerns regarding the above referenced charge. I am in communication with investigator Mancia and will process your case by no later than tomorrow. I do apologize for any delays in the processing of your case and appreciate you bringing this to my attention. I also attempted to give you a call at (760) 658-1062 and left a voicemail.

Respectfully,

Jacqueline

**Jacqueline Olivas**
Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
Los Angeles District Office
Phone: (213) 785-3033   Fax: (213) 894-1055
jacqueline.olivas@eeoc.gov
Web: www.EEOC.gov

---

**From:** SAIRIE,TRICIA <noreply@skype.voicemail.microsoft.com>
**Sent:** Tuesday, February 4, 2025 3:21 PM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Voice Mail (1 minute and 24 seconds)

Hello Jacqueline, my name is Tricia Surrey and I am very concerned. My agency charge number is 450202408986. I have spoken to Brandon Mencia of several times, given him several emails. It has been 26 days since he took my charge of discrimination and he has not given me the right to sue. He has given me every under excuse under the book. He also got my address wrong. I had to fix that in the portal. He got my employer's address incorrectly. He took 2 1/2 hours for the interview. I also let him know that this case may or may not be investigated because my employer is being investigated. So he might be being investigated at this point because I'm not be able to get through to him He has. He told me that we have had a change over there at the EEOC in authority because of the changes in Washington DC, which I understand. But 26 days to wait for my right to sue is ridiculous. So I want to know what's going on with my case. And I do want to let you know again that this case may be, may or may not be investigated by a third party agency. My number is 760-658-1062. I would appreciate a call back. And I want to know what in the world is going on. My attorney is waiting for this. Thank you.

You received a voice mail from SAIRIE,TRICIA.

**Thank you for using Transcription! If you don't see a transcript above, it's because the audio quality was not clear enough to transcribe.**

Set Up Voice Mail

078

## KATHLEEN GILLIAM

**From:**      Tricia Sairie (b) (7)(C), (b) (6)
**Sent:**      Monday, February 10, 2025 12:16 PM
**To:**        JACQUELINE OLIVAS
**Subject:**   Re: EEOC Case 450-2024-)8986

Perhaps your efforts would be better spent towards training your employee to do their job.  Try that instead of correcting me.

How arrogant you are.


Tricia Sairie


On Mon, Feb 10, 2025, 9:31 AM JACQUELINE OLIVAS <JACQUELINE.OLIVAS@eeoc.gov> wrote:

Hello,


When you send an email you need to explain what it is you would like me to respond and address. In the future, please provide me a reason for forwarding emails. I will address the issue below with Investigator, Mancia.


Respectfully,


Jacqueline


**Jacqueline Olivas**

Enforcement Supervisor

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

1

Phone: (213) 785-3033   Fax: (213) 894-1055

jacqueline.olivas@eeoc.gov

Web: www.EEOC.gov

---

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Monday, February 10, 2025 9:23 AM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-)8986

Are you joking? Make sure your employee has corrected the document.  More evidence.

Tricia Sairie

On Mon, Feb 10, 2025, 7:54 AM JACQUELINE OLIVAS <JACQUELINE.OLIVAS@eeoc.gov> wrote:

Hello,

You forwarded an email; I was not sure if you had a question.

Respectfully,

Jacqueline

2

080

**Jacqueline Olivas**

Enforcement Supervisor

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3033   Fax: (213) 894-1055

jacqueline.olivas@eeoc.gov

Web: www.EEOC.gov

---

**From:** Tricia Sairie <span style="background:black">(b) (7)(C), (b) (6)</span>
**Sent:** Sunday, February 9, 2025 1:01 PM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Fwd: EEOC Case 450-2024-)8986

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

---------- Forwarded message ---------
From: **Tricia Sairie** <span style="background:black">(b) (7)(C), (b) (6)</span>
Date: Sun, Feb 9, 2025, 12:59 PM
Subject: Re: EEOC Case 450-2024-)8986
To: BRANDON MANCIA <BRANDON.MANCIA@eeoc.gov>

Hello Brandon, you have the address for Freedom Debt Relief DBA Achieve incorrect.  Please correct it to show the following address: 1875 S Grant Street #400 San Mateo, CA 94402

On Fri, Feb 7, 2025, 12:25 PM BRANDON MANCIA <BRANDON.MANCIA@eeoc.gov> wrote:

Hello Ms. Sairie,

Attached is an amended charge that the Commission needs signed. It has also been sent in the EEOC portal to sign, if you want to do it that way. Due to your address in the portal being a California address, the original charge had the California Civil Rights Department but due to you living and working from Texas at the time of employment, we had to change the charge to incorporate the Texas Workforce Commission Civil Rights Division. If you choose to sign the amended charge in the portal, Mrs. Olivas, Enforcement Supervisor, can process the right to sue for you quicker. If you have any questions please reach out.

Thank you,

**Brandon Mancia**

Federal Investigator

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3014   Fax: (213) 894-1055

brandon.mancia@eeoc.gov

Web: www.EEOC.gov

082

# KATHLEEN GILLIAM

**From:** Tricia Sairie <span style="background:black;color:white">(b) (7)(C), (b) (6)</span>
**Sent:** Monday, February 10, 2025 12:32 PM
**To:** JACQUELINE OLIVAS
**Cc:** PATRICIA KANE
**Subject:** Re: EEOC Case 450-2024-)8986

So glad you ccd your Deputy Director. Perhaps she should see the entire thread especially the part where you're correcting and reprimanding me. Please keep in mind all emails are going to a third party investigator who is investigating this matter.

Tricia Sairie

On Mon, Feb 10, 2025, 12:27 PM JACQUELINE OLIVAS <JACQUELINE.OLIVAS@eeoc.gov> wrote:

Hello,

You requested my supervisor's name, and it was provided. However, here is the Deputy Director's phone number 213-785-3021. In the future, please state what information you are requesting so that I can provide the information. I am also including her in this email.

Best,

Jacqueline

**Jacqueline Olivas**

Enforcement Supervisor

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3033   Fax: (213) 894-1055

jacqueline.olivas@eeoc.gov

1

083

Web: www.EEOC.gov

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Monday, February 10, 2025 12:24 PM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-)8986

Jacqueline,  you neglected to give me the directors phone number.  Please submit it to me immediately.

Tricia Sairie

On Mon, Feb 10, 2025, 9:31 AM JACQUELINE OLIVAS <JACQUELINE.OLIVAS@eeoc.gov> wrote:

Hello,

When you send an email you need to explain what it is you would like me to respond and address. In the future, please provide me a reason for forwarding emails. I will address the issue below with Investigator, Mancia.

Respectfully,

Jacqueline

084

**Jacqueline Olivas**

Enforcement Supervisor

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3033   Fax: (213) 894-1055

jacqueline.olivas@eeoc.gov

Web: www.EEOC.gov

---

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Monday, February 10, 2025 9:23 AM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-)8986

Are you joking? Make sure your employee has corrected the document.  More evidence.

Tricia Sairie

On Mon, Feb 10, 2025, 7:54 AM JACQUELINE OLIVAS <JACQUELINE.OLIVAS@eeoc.gov> wrote:

Hello,

You forwarded an email; I was not sure if you had a question.

3

085

Respectfully,


Jacqueline



**Jacqueline Olivas**

Enforcement Supervisor

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3033   Fax: (213) 894-1055

jacqueline.olivas@eeoc.gov

Web: www.EEOC.gov


---

**From:** Tricia Sairie <span style="background:black">(b) (7)(C), (b) (6)</span>
**Sent:** Sunday, February 9, 2025 1:01 PM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Fwd: EEOC Case 450-2024-)8986


**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.


---------- Forwarded message ---------
From: **Tricia Sairie** <span style="background:black">(b) (7)(C), (b) (6)</span>
Date: Sun, Feb 9, 2025, 12:59 PM

086

Subject: Re: EEOC Case 450-2024-)8986
To: BRANDON MANCIA <BRANDON.MANCIA@eeoc.gov>


Hello Brandon, you have the address for Freedom Debt Relief DBA Achieve incorrect.  Please correct it to show the following address: 1875 S Grant Street #400 San Mateo, CA 94402


On Fri, Feb 7, 2025, 12:25 PM BRANDON MANCIA <BRANDON.MANCIA@eeoc.gov> wrote:

Hello Ms. Sairie,

Attached is an amended charge that the Commission needs signed. It has also been sent in the EEOC portal to sign, if you want to do it that way. Due to your address in the portal being a California address, the original charge had the California Civil Rights Department but due to you living and working from Texas at the time of employment, we had to change the charge to incorporate the Texas Workforce Commission Civil Rights Division. If you choose to sign the amended charge in the portal, Mrs. Olivas, Enforcement Supervisor, can process the right to sue for you quicker. If you have any questions please reach out.


Thank you,



**Brandon Mancia**

Federal Investigator

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3014   Fax: (213) 894-1055

brandon.mancia@eeoc.gov

Web: www.EEOC.gov

087

**KATHLEEN GILLIAM**

| | |
|---|---|
| **From:** | JACQUELINE OLIVAS |
| **Sent:** | Monday, February 10, 2025 11:29 AM |
| **To:** | Tricia Sairie |
| **Cc:** | BRANDON MANCIA |
| **Subject:** | RE: EEOC Case 450-2024-08986 |
| **Attachments:** | 450-2024-08986_AmendedChargeOfDiscrimination-Draft.pdf |

Hello,

Please see the amended Charging Discrimination for the above referenced number. I have made the correction as requested for the employer. The amended charge was sent to you via EEOC portal for review and signature.

If you are requesting the federal right to sue, please let me know via this email.

Respectfully,

Jacqueline


**Jacqueline Olivas**
Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
Los Angeles District Office
Phone: (213) 785-3033   Fax: (213) 894-1055
jacqueline.olivas@eeoc.gov
Web: www.EEOC.gov


**From:** JACQUELINE OLIVAS
**Sent:** Monday, February 10, 2025 9:31 AM
**To:** Tricia Sairie (b) (7)(C), (b) (6)
**Subject:** RE: EEOC Case 450-2024-)8986

Hello,

When you send an email you need to explain what it is you would like me to respond and address. In the future, please provide me a reason for forwarding emails. I will address the issue below with Investigator, Mancia.

Respectfully,

Jacqueline

088

**Jacqueline Olivas**
Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
Los Angeles District Office
Phone: (213) 785-3033   Fax: (213) 894-1055
jacqueline.olivas@eeoc.gov
Web: www.EEOC.gov

---

**From:** Tricia Sairie (b) (7)(C), (b) (6)
**Sent:** Monday, February 10, 2025 9:23 AM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Re: EEOC Case 450-2024-)8986

Are you joking? Make sure your employee has corrected the document.  More evidence.


Tricia Sairie

On Mon, Feb 10, 2025, 7:54 AM JACQUELINE OLIVAS <JACQUELINE.OLIVAS@eeoc.gov> wrote:

Hello,


You forwarded an email; I was not sure if you had a question.


Respectfully,


Jacqueline



**Jacqueline Olivas**

Enforcement Supervisor

U.S. Equal Employment Opportunity Commission

2

089

Los Angeles District Office

Phone: (213) 785-3033   Fax: (213) 894-1055

jacqueline.olivas@eeoc.gov

Web: www.EEOC.gov

---

**From:** Tricia Sairie ⬛ (b) (7)(C), (b) (6)
**Sent:** Sunday, February 9, 2025 1:01 PM
**To:** JACQUELINE OLIVAS <JACQUELINE.OLIVAS@EEOC.GOV>
**Subject:** Fwd: EEOC Case 450-2024-)8986

> **CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

---------- Forwarded message ---------
From: **Tricia Sairie** (b) (7)(C), (b) (6)
Date: Sun, Feb 9, 2025, 12:59 PM
Subject: Re: EEOC Case 450-2024-)8986
To: BRANDON MANCIA <BRANDON.MANCIA@eeoc.gov>

Hello Brandon, you have the address for Freedom Debt Relief DBA Achieve incorrect.  Please correct it to show the following address: 1875 S Grant Street #400 San Mateo, CA 94402

On Fri, Feb 7, 2025, 12:25 PM BRANDON MANCIA <BRANDON.MANCIA@eeoc.gov> wrote:

Hello Ms. Sairie,

Attached is an amended charge that the Commission needs signed. It has also been sent in the EEOC portal to sign, if you want to do it that way. Due to your address in the portal being a California address, the original charge had the California Civil Rights Department but due to you living and working from

3

090

Texas at the time of employment, we had to change the charge to incorporate the Texas Workforce
Commission Civil Rights Division. If you choose to sign the amended charge in the portal, Mrs. Olivas,
Enforcement Supervisor, can process the right to sue for you quicker. If you have any questions please
reach out.


Thank you,



**Brandon Mancia**

Federal Investigator

U.S. Equal Employment Opportunity Commission

Los Angeles District Office

Phone: (213) 785-3014   Fax: (213) 894-1055

brandon.mancia@eeoc.gov

Web: www.EEOC.gov

091