IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TRICIA SAIRIE, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED PERSONS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FREEDOM FINANCIAL ASSET MANAGEMENT, LLC, D/B/A ACHIEVE PERSONAL LOANS, AND FREEDOM DEBT RELIEF LLC,<br><br>　　　　Defendants. | §§§§§§§§§§§§§§§§ CIVIL ACTION NO. 4:25-CV-00559-JDK-JDL |

## ORDER

Before the Court is Defendants' Rule 12(b)(6) Partial Motion to Dismiss ("Motion"). Having reviewed the Motion, the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's ADA claims are dismissed with prejudice.

**ORDER – SOLO PAGE**